**CRIMINAL DOCKET**

**UNITED STATES DISTRICT COURT**

CRIMINAL MISC. NO. 198

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| IN THE MATTER OF : <br><br> FORFEITURE OF COLLATERAL IN LIEU OF APPEARANCE IN CERTAIN PETTY AND MINOR OFFENSE CASES | For plaintiff: <br><br><br><br> For defendant: |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | | | |
| J.S. 6 mailed | Marshal | | | | | |
| Basis of Action: | Docket fee | | | | | |
|  | Witness fees | | | | | |
| Action arose at: | Depositions | | | | | |

CR. MISC. NO. 198

FPI-MI—9-20-74-20M-2

| DATE | PROCEEDINGS | Date O Judgme |
|---|---|---|
| 10-8-85 | Motion of the United States of America to amend its standing order for Schedule of Forfeiture of Collateral in Lieu of Appearance for certain petty offenses originating in this district, said schedule having been last approved by order of 7/10/84, by substituting Section IV. (New Section IV attached) | |
| 10-11-85 | ORDER (Judges Hobbs, Varner, and Thompson) deleting Section IV from the 7/10/84 standing order of this Court, and substituting the attached Section IV filed 10/8/85, therefor. (Copies furnished to U.S. Attorney and Magistrates Gwaltney, Dubina, and Martin.) E.O.D. 10/11/85. | |
| 1-22-86 | Motion of the United States of America to amend its standing order for Schedule of Forfeiture of Collateral in Lieu of Appearance for certain petty offenses originating in this district, said schedule having been last approved by order of 7/10/84, by substituting Section III. (New Section III attached) | |
| 1-23-86 | ORDER (Judges Hobb, Varner, and Thompson) deleting Section III from the 7/10/84 standing order of this Court, and substituting the attached Section III filed 1-22-86, therefor. (Copies furnished to U.S. Attorney, Magistrates Gwaltney, Dubina and CVB Center.) E.O.D. 1-23-86 | |
| 11-6-87 | ORDER (Judges Hobbs, Thompson, and Dubina) deleting Section VII from the 7/20/83 standing order of this Court, and substituting the attached Section VII filed 11/5/87 therefor. (Copies furnished to U. S. Attorney, Magistrates Carroll, Coody, and Little, and CVB Center.) E.O.C. 11-9-87 | |
| 3-14-88 | Motion of the U.S. of America to amend its standing order for Schedule of Forfeiture of Collateral in Lieu of Appearance by substituting "II. Schedule of Offenses on All National Forest Lands Under Control of the United States Forest Service", to add a number of offenses not included in the current schedule and to increase the collateral for certain offenses to bring them in line with the collateral schedule in other surrounding districts. (New Schedule II attached) | |
| 3-21-88 | ORDER (Judges Hobbs, Thompson and Dubina) deleting Schedule II from the 7/10/84, standing order and substituting the attached "II. Schedule of Offenses on All National Forest Lands Under Control of the United States Forest Service" therefor. (Copies furnished to U.S. Attorney, Magistrates Carroll, Coody and Little, and CVB Center.) EOD 3/21/88. | |
| 1-12-89 | Motion of U.S. of America to amend standing order for Schedule of Forfeiture of Collateral in Lieu of Appearance for certain petty offenses originating in this district, said schedule having been last approved by order of 7/10/84, by substituting Section I. (New Section I attached) | |
| 1-17-89 | ORDER (Judges Hobbs, Thompson, and Dubina) deleting Section I from the 7/10/84, standing order of this Court, and substituting the attached Section I filed 1/12/89 therefor. (Copies furnished to U.S. Attorney, Magistrates Carroll, Coody and Little, and CVB Center.) EOD 1/18/89. | |
| 1-19-89 | Motion of U.S. of America to amend standing order for Schedule of Forfeiture of Collateral in Leiu of Appearance by substituting page containing penalties for 36 CFR 2.15 through 2.19(c) for the 4th page of "I. Schedule of Offenses on Property Under the Control of the National Park Service" as | |

D. C. 110A Rev. Civil Docket Continuation                                    CR MISC. No. 198

| DATE | PROCEEDINGS | |
|---|---|---|
| 1-26-89 | **ORDER** substituting the attached page containing penalties for 36 CFR 2.15 through 2.19(c) for the fourth page of "I. Schedule of Offenses on Property Under the Control of the National Park service (Including but not limited to the Horseshoe Bend National Military Park and the Tuskegee Institute National Historic Sight)" contained in the Schedule approved by Order of Court dated 1/17/89. (Copies furnished to U.S. Attorney, Magistrates Carroll, Coody and Little, and CVB Center.) EOD 1/26/89. | |
| 3-11-91 *m/amend* 3-11-91 | **ORDER** deleting "VIII. Schedule of Miscellaneous Offenses on Lands Under the Control of the Udnited States Government" from the 7/10/84, standing order of the Court; substituting therefor the attached "VIII. Schedule of Miscellaneous Offenses on Lands Under the Control of the United States Government". (Copies furnished to U.S. Attorney; Magistrate Judges Carroll, Coody and Little, and CVB Center.) EOd 3/13/91 | |
| 11-23-92 | **Motion** of U.S. of America to amend its standing order for Schedule of Forfeiture of Collateral in Lieu of Appearance by substituting "II. Schedule of Offenses on all National Forest Lands Under Control of the U.S. Forest Service" which establishes uniformity between the Middle District of Alabama and the Southern District of Alabama. (New Schedule II attached) Referred to Judge Thomspon. | |
| 11-24-92 | **ORDER** deleting "II. Schedule of Offenses on all National Forest Lands under Control of the United States Forest Service" as contained in the 7/10/84, Standing Order of this Court; substitution therefore the attached "II. Schedule of Offenses on all National Forest Lands under Control of the United States Forest Service". (Copies furnished to U.S. Attorney; Magistrate Judge Carroll, Coody, McPherson and copy to CVB Center.) EOD: 11-25-92. | |
| 4-27-93 | **Motion** of U.S. of America to amend its standing order for Schedule of Forfeiture of Collateral in Lieu of Appearance to incorporate the "X. Schedule of Offenses Concerning Matters Within the Jurisdiction of the Bureau of Land Management". (Said Schedule attached) Referred to Judge Thompson. | |
| 5-3-93 | **ORDER that the "X. Schedule of offenses concerning matters within the jurisdiction of the Bureau of Land Management" be hereby incorporated into the July 10, 1984, Standing Order of this Court concerning the forfeiture of collateral in lieu of appearance in certain petty and minor offense cases. (Copies furnished U.S.Attorney; Magistrate Judges Carroll, Coody, McPherson and copy to CVB Center).** | |
| 12-2-96 | **Motion of U.S. of America to amend standing order for the schedule of forfeiture of colalteral in lieu of appearance. (Said schedule attached)** | |
| 12-23-96 | **ORDER** deleting "VIII. Schedule of miscellaneous offenses on lands under the control of the U.S. Government" from the 7/10/84 standing order of this Court; substituting therefor the "VIII. Schedule of miscellaneous offenses on lands under the control of the U.S. Government" attached to motion filed 12-2-96. (Copies furnished U.S. Attorney; Magistrate Judges Carroll, Coody, McPherson, Walker, and CVB Center.) | |

<u>Cr. Misc. No. 198</u>

| DATE | PROCEEDINGS | Date O Judgme |
|---|---|---|
| 1-31-97 | **Motion** of U.S. of America to amend the standing order of court for the schedule of forfeiture of collateral in lieu of appearance filed 11/6/92, by substitution of the "Schedule of Offenses on all National Forest Lands Under Control of the U.S. Forest Service". (Schedule attached) | |
| 2-7-97 | **ORDER** deleting "II. Schedule of Offenses on all National Forest Lands under control of the U.S. Forest Service" as contained in the 11/6/92, standing order of this Court; substituting the new (attached) "II. Schedule of Offenses on all National Forest Lands under Control of the U.S. Forest Service" therefor. (Copies furnished to U.S. Attorney, Magistrate Judges Carroll, Coody, McPherson, Walker, and CVB Center.) | |
| 10-24-97 | **ORDER** (Judges Thompson, Albritton and DeMent) adopting the standing order for Schedule of Forfeiture of Collateral in lieu of Appearance as set out. (Copies furnished U.S. Attorney, Magistrate Judges, and CVC Center.) | |
| 1-27-99 | **Motion** of U.S. of America to amend the Standing Order of Court for the Schedule of Forfeiture of Collateral in Lieu of Appearance in Certain Petty and Minor Offense Cases. (Schedule attached) | |
| 1-27-99 | **ORDER** of Chief Judge Albritton granting motion to amend and Amending the Court's Standing Order to incorporate the amendments as set out in order. (Copies furnished U.S. Attorney, Magistrate Judges, and CVC Center.) | |
| 6-28-06 | United States' MOTION to Amend Standing Order for Schedule of Forfeiture of Collateral in Lieu of Appearance. Referred to Chief Judge Fuller. (Exhibits 1-5 attached) | |
| 6-29-06 | ORDER (Judges Fuller, Thompson and Watkins) granting the government's 6/28/06 motion to amend this Court's standing order for Schedule of Forfeiture of Collateral in Lieu of Appearance for certain petty offenses originating in the Middle District of Alabama, directing that the attached "Fort Rucker Motor Vehicle Regulation, Chapter Three (Fort Rucker Traffic Code)" shall be added to the standing order for Schedule of Forfeiture of Collateral in Lieu of Appearance and the collateral amount for violations of said chapter, that are not otherwise punishable by law, shall be set at $30. (Copies furnished USA and Ft Rucker SAUSA) | |