IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
ALL DIVISIONS

FILED
JAN 27 1999
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE MATTER OF:                    )
                                     )
                                     )  CR. MISC. NO.   198
FORFEITURE OF COLLATERAL IN          )
LIEU OF APPEARANCE IN CERTAIN        )
PETTY AND MINOR OFFENSE CASES        )


MOTION TO AMEND

Comes now the United States of America, by and through

Redding Pitt, United States Attorney for the Middle District of

Alabama, and moves this Honorable Court to amend the Standing

Order of Court for the Schedule of Forfeiture of Collateral in

Lieu of Appearance in Certain Petty and Minor Offense Cases for

the following sections: II. Schedule of Offenses on all National

Forest Lands Under Control of the United States Forest Service;

III. Schedule of Offenses on Lands Under the Control of the U.S.

Army Corps of Engineers (Including Outgranted Lands); VI.

Schedule of Offenses on National Wildlife Refuges-U.S. Fish and

Wildlife Service; and X. Schedule of Offenses Concerning Matters

Within the Jurisdiction of the Bureau of Land Management.

As reasons for the Motion to Amend, the United States

submits that the proposed schedules increase the collateral for

certain offenses to make them more uniform with the collateral

forfeiture schedules for other property under control of the
United States and other surrounding areas.

Respectfully submitted this the 27th day of January, 1999.

FOR THE UNITED STATES ATTORNEY
REDDING PITT

Laura F. Wright (FOR 034)
Assistant United States Attorney

I.        SCHEDULE OF OFFENSES ON PROPERTY UNDER THE CONTROL OF
          THE NATIONAL PARK SERVICE

II.       SCHEDULE OF OFFENSES ON ALL NATIONAL FOREST LANDS UNDER
          CONTROL OF THE UNITED STATES FOREST SERVICE

III.      SCHEDULE OF OFFENSES ON LANDS UNDER THE CONTROL OF THE
          U. S. ARMY CORPS OF ENGINEERS (INCLUDING OUTGRANTED
          LANDS)

IV.       SCHEDULE OF OFFENSES ON LANDS UNDER THE CONTROL OF THE
          VETERANS ADMINISTRATION

V.        SCHEDULE OF OFFENSES ON PROPERTY UNDER THE CONTROL OF
          THE GENERAL SERVICES ADMINISTRATION

VI.       SCHEDULE OF OFFENSES ON NATIONAL WILDLIFE REFUGES-U. S.
          FISH AND WILDLIFE SERVICE

VII.      SCHEDULE OF OFFENSES IN VIOLATION OF FEDERAL WILDLIFE
          ACTS - U.S. FISH AND WILDLIFE SERVICE

VIII.     SCHEDULE OF MISCELLANEOUS OFFENSES ON LANDS UNDER THE
          CONTROL OF THE UNITED STATES GOVERNMENT

          A.  Traffic Offenses

IX.       OFFENSES FOR WHICH BOND MAY NOT BE FORFEITED, AND FOR
          WHICH APPEARANCE IS MANDATORY

X.        SCHEDULE OF OFFENSES CONCERNING MATTERS WITHIN THE
          JURISDICTION OF THE BUREAU OF LAND MANAGEMENT

I.   SCHEDULE OF OFFENSES ON PROPERTY UNDER THE CONTROL OF THE
     NATIONAL PARK SERVICE (INCLUDING BUT NOT LIMITED TO THE HORSESHOE
     BEND NATIONAL MILITARY PARK AND THE TUSKEGEE INSTITUTE NATIONAL
     HISTORIC SITE

|  |  | Offense Code | Fine | Bail |
|---|---|---|---|---|
| **36 CFR** | | | | |
| **PART 1** | | | | |
| GENERAL PROVISIONS: | | 11-00-00 | | |
| 1.5 | Closure and Public Limits: Includes Superintendent's Compendium | 11-05-00 | 50 | 50 |
| 1.6 | Permits: Violation of Terms/Conditions of Permit Prohibited. | 11-06-00 | 100 | 100 |
| | (g),(1),  Engaging in an activity without a permit | 11-06-01 | 250 | 250 |
| | (g),(2),  Violating a term or condition of a permit issued | 11-06-02 | 250 | 250 |
| **36 CFR** | | | | |
| **PART 2** | | | | |
| RESOURCE MANAGEMENT, PUBLIC USE AND RECREATION: | | 12-00-00 | | |
| 2.1 Preservation: | | 12-01-00 | | |
| (a),(1),  Possessing, removing, destroying | | 12-01-01 | 50 | 50 |
| (a),(1),(1),  Living or Dead Wildlife | | 12-01-11 | 50 | 50 |
| (a),(1),(2),  Plants and parts | | 12-01-12 | 50 | 50 |
| (a),(1),(3),  Non-fossilized/fossilized specimen | | 12-01-13 | 250 | 250 |
| (a),(1),(4),  Mineral or cave resource | | 12-01-14 | 100 | 100 |
| (a),(2),  Introducing wildlife and plants | | 12-01-02 | 100 | 100 |
| (a),(3),  Throwing, rolling rocks | | 12-01-03 | 50 | 50 |
| (a),(4),  Wood gathering | | 12-01-04 | 150 | 150 |
| (a),(5),  Walking on or Climbing cultural resources | | 12-01-05 | 100 | 100 |
| (a),(6), Possessing, destroying, resources | | 12-01-06 | 250 | 250 |

|  | Alabama Code | Offense Code | Fine | Bail |
|---|---|---|---|---|
| (a),(7), Possessing/using a metal detector | 12-01-07 | 100 | 100 |
| (b), Designated Trails | 12-01-20 | 25 | 25 |
| (c),(3),(1), Gathering natural products | 12-01-30 | 25 | 25 |
| (c),(3),(2), Size and quantity limits | 12-01-32 | 25 | 25 |
| (c),(3),(3), Removal of natural products | 12-01-33 | 50 | 50 |
| (c),(3),(4)    Gathering outside design-ated area | 12-01-34 | 50 | 50 |
| (c),(3),(5) Sale or commercial use of | 12-01-35 | MA | 300 |
| 2.2 Wildlife Protection: | 12-02-00 | | |
| (a),(1),  Unauthorized taking of wildlife | 12-02-01 | 300 | 300 |
| (a),(2),  Feeding, frightening, wildlife | 12-02-02 | 50 | 50 |
| (a),(3),  Possessing unlawfully taken wildlife | 12-02-03 | 300 | 300 |
| (a),(4),  Discharging a weapon | 12-02-04 | 150 | 150 |
| (d), Unauthorized transportation of | 12-02-40 | 50 | 50 |
| (e), Use of artificial light | 12-02-50 | 100 | 100 |
| 2.3 Fishing: | 12-03-00 | | |
| (a)   Fishing in violation of state law Cite Title 36, CFR, 2.3(a) plus appropriate law(s) | 12-03-10 | 50 | 50 |
| Fishing without a license  220-2-.23 | 12-03-10 | 50 | 50 |
| Exceed limit  220-2-.35 | 12-03-10 | 50 | 50 |
| All other Applicable State Laws | 12-03-10 | 50 | 50 |
| (d),(1),  Fishing other by hook and line with the rod or line attended | 12-03-20 | 50 | 50 |
| (d),(4),  Commercial fishing | 12-03-21 | 100 | 100 |
| (d),(5),  Use of Drug, Poison, Explosives, or Electricity | 12-03-22 | 250 | 250 |

|  | Offense Code | Fine | Bail |
|---|---|---|---|
| (d),(6),   Digging for bait | 12-03-23 | 25 | 25 |
| (d),(8),   Fishing in closed area | 12-03-24 | 25 | 25 |
| (f), Failure to permit authorized person to check licenses, catch or equipment | 12-03-30 | 50 | 50 |
| 2.4 Weapons, Traps and Nets:(except 02-07-00) | 12-04-00 |  |  |
| (a),(1),   Possessing, using or carrying | 12-04-10 | 100 | 100 |
| (b), Loaded weapon in vehicle or vessel | 12-04-20 | 100 | 100 |
| (c), Use of weapon that endangers others | 12-04-30 | 100 | 100 |
| (d), Possessing weapon in violation of permit | 12-04-40 | 100 | 100 |
| (f), Violation of Federal/State laws | 12-04-50 | 100 | 100 |
| 2.5 Research Specimens: | 12-05-00 |  |  |
| (a), Violating conditions of permit | 12-05-01 | 100 | 100 |
| (b), Authority to suspend/revoke permit | 12-05-02 | 250 | 250 |
| 2.10 Camping and Food Storage: | 12-10-00 |  |  |
| (a), Requirement for permit | 12-10-01 |  |  |
| (b),(1),   Digging at campsite | 12-10-20 | 25 | 25 |
| (b),(2),   Leaving camping equipment | 12-10-21 | 25 | 25 |
| (b),(3),   Camping too close to water source | 12-10-22 | 25 | 25 |
| (b),(4),   Violating quiet hours | 12-10-23 | 50 | 50 |
| (b),(5),   Installing permanent camp | 12-10-24 | 50 | 50 |
| (b),(6),   Displaying wildlife carcasses in camp | 12-10-25 | 50 | 50 |
| (b),(7),   Connecting to utility system | 12-10-26 | 25 | 25 |
| (b),(8),   Failure to obtain a camping permit | 12-10-27 | 25 | 25 |
| (b),(9),   Violating camping conditions | 12-10-28 | 50 | 50 |
| (b),(10), Camping outside designated area | 12-10-29 | 25 | 25 |
| (c), Violating conditions of permit | 12-10-30 | 50 | 50 |

|  | Offense Code | Fine | Bail |
|---|---|---|---|
| (d), Improper food storage | 12-10-40 | 25 | 25 |
| 2.11 Picnicking outside designated areas | 12-11-00 | 25 | 25 |
| 2.12 Audio Disturbance: | 12-12-00 | | |
| (a),(1),(1),   Excessive noise level above 60 decibels | 12-12-01 | 50 | 50 |
| (a),(1),(1i),   Reasonable noise | 12-12-10 | 50 | 50 |
| (a),(2),   Power saw in developed area | 12-12-02 | 25 | 25 |
| (a),(3),   Portable engine/motor in undeveloped area | 12-12-03 | 50 | 50 |
| (a),(4),   Public address system without permit | 12-12-04 | | |
| (b), Violation of terms/conditions of permit | 12-12-05 | 250 | 250 |
| 2.13 Fires: (except 01-08-00) | 12-13-00 | | |
| (a),(1),   Fire in undesignated | 12-13-01 | 25 | 25 |
| (a),(2),   Using stove in violation of restriction | 12-13-02 | 25 | 25 |
| (a),(3),   Lighting/using fire with damage/hazard | 12-12-03 | 50 | 50 |
| (a),(4),   Leaving fire unattended | 12-13-04 | 50 | 50 |
| (a),(5),   Discarding burning material | 12-13-05 | 50 | 50 |
| (b), Failure to extinguish fire | 12-13-20 | 25 | 25 |
| (c), Lighting fire during high fire danger (established by Superintendent) | 12-13-30 | 250 | 250 |
| 2.14 Sanitation and Refuse: | 12-14-00 | | |
| (a),(1),   Failure to use receptacles | 12-14-01 | 75 | 75 |
| (a),(2),   Using government receptacles for private use | 12-14-02 | 150 | 150 |

|  |  | Offense Code | Fine | Bail |
|---|---|---|---|---|
| (a),(3), | Placing refuse in toilet facility | 12-14-04 | 25 | 25 |
| (a),(4), | Draining refuse from trailer/vehicle | 12-14-04 | 100 | 100 |
| (a),(5), | Bathing, washing at public water outlet | 12-14-05 | 25 | 25 |
| (a),(6), | Polluting water source | 12-14-06 | 100 | 100 |
| (a),(7), | Improper disposal of fish remains | 12-14-07 | 25 | 25 |
| (a),(8), | Disposal in developed area | 12-14-08 | 100 | 100 |
| (a),(9), | Disposal in undeveloped area | 12-14-09 | 100 | 100 |
| (b), | Violating conditions | 12-14-20 | 50 | 50 |
| 2.15 Pets: | | 12-15-00 | | |
| (a),(1), | Possessing pet in closed area | 12-15-01 | 25 | 25 |
| (a),(2), | Failure to restrain (leash) pet | 12-15-02 | 25-500 | 25-500 |
| (a),(3), | Leaving pet unattended | 12-15-03 | 25 | 25 |
| (a),(4), | Allowing pet to make unreasonable noise | 12-15-04 | 50 | 50 |
| (a),(5), | Failure to remove pet excrement | 12-15-05 | 25 | 25 |
| (b), | Hunting dogs | 12-15-20 | 100 | 100 |
| (c), | Animals injuring wildlife | 12-15-30 | 100 | 100 |
| (d), | Impounding of pets | 12-15-40 | | |
| (e), | Violation of conditions by resident | 12-15-50 | 25 | 25 |
| 2.16 Horses and Pack Animals: | | 12-16-00 | | |
| (a), | Use of other than pack animals | 12-16-01 | 50 | 50 |
| (b), | Outside of trails, etc., designated | 12-16-20 | 50 | 50 |
| (c), | Use of park road, except to cross | 12-16-30 | 50 | 50 |
| (d), | Free or loose animals | 12-16-40 | 50 | 50 |
| (e), | Excess speed when others | 12-16-50 | 50 | 50 |

|  | Offense Code | Fine | Bail |
|---|---|---|---|
| (f), Obstruction of noise when animals pass | 12-16-60 | 50 | 50 |
| (g), Violations of conditions | 12-16-70 | 50 | 50 |
| | | | |
| 2.17 Aircraft and Air Delivery: | 12-17-00 | | |
| (a),(1),  Operating on land or waters within the Park | 12-17-01 | 100 | 100 |
| (a),(3),  Deliver/retrieve by air | 12-17-03 | 250 | 250 |
| (c),(2),  failure to remove downed aircraft | 12-17-30 | MA | 300 |
| (d), Failure to comply with FAA regulations | 12-17-40 | 250 | 250 |
| (e), Use of hovercraft | 12-17-50 | 100 | 100 |
| (f), Violation of permit | 12-17-60 | 250 | 250 |
| | | | |
| 2.18 Snowmobiles: | 12-18-00 | | |
| (b), Operation according to state law | 12-18-20 | 25 | 25 |
| (c), Designated routes | 12-18-30 | 50 | 50 |
| (d),(1),  Excessive noise | 12-18-40 | 50 | 50 |
| (d),(2),  Lights required | 12-18-50 | 25 | 25 |
| (d),(3),  Brakes required | 12-18-60 | 25 | 25 |
| (d),(4),  Posted speed | 12-18-70 | 50 | 50 |
| (e),(1),  Operation by persons under 16 | 12-18-80 | 25 | 25 |
| | | | |
| 2.19 Winter Activities: | 12-19-00 | | |
| (a), Prohibited on roads open to public | 12-19-01 | 25 | 25 |
| (b), Towing of persons by cars prohibited | 12-19-20 | 25 | 25 |
| (c), Failure to comply with restrictions | 12-19-30 | 25 | 25 |
| | | | |
| 2.20 Skating, Skateboards | 12-20-00 | 25 | 25 |

| | Offense Code | Fine | Bail |
|---|---|---|---|
| 2.21 Smoking: | 12-21-00 | 25 | 25 |
| (a), Smoking in closed area | 12-21-01 | 25 | 25 |
| (b), Smoking in caves/caverns | 12-21-20 | 25 | 25 |
| | | | |
| 2.22 Property: | 12-22-00 | | |
| (a),(1),  Abandoning property | 12-22-01 | 100 | 100 |
| (a),(2),  Unattended, more than 24 hours | 12-22-02 | 25 | 25 |
| (a),(3),  Failure to turn in found property | 12-22-03 | 50 | 50 |
| | | | |
| 2.23 Recreation Fees: | 12-23-00 | | |
| (b), Failure to pay required fee | 12-23-00 | 25 | 25 |
| | | | |
| 2.30 Misappropriation of Property and Services: | | | |
| (Refer Larceny 01-06-00) | 02-05-00 | | |
| (a),(1),  Unlawful possession | 02-05-01 | MA | 100 |
| (a),(2),  Obtaining without payment | 02-05-02 | 100 | 100 |
| (a),(3),  Deception, bad checks | 02-05-03 | MA | 300 |
| (a),(4),  Shoplifting | 02-05-04 | 100 | 100 |
| (a),(5),  Possessing stolen property | 02-05-05 | MA | 300 |
| | | | |
| 2.31 Trespassing, Tampering and Vandalism: | 12-31-00 | | |
| (a),(1),  Trespassing | 12-31-01 | 100 | 100 |
| (a),(2),  Tampering | 12-31-01 | MA | 300 |
| (a),(3),  Vandalism | 02-06-00 | MA | 300 |
| Government property (U.S. only) | | | |
| Equipment, real property | 02-06-11 | | |
| Natural | 02-06-11 | | |
| Cultural | 02-06-12 | | |

| | Offense Code | Fine | Bail |
|---|---|---|---|
| Other | 02-06-13 | | |
| Concession property | 02-06-20 | | |
| Private property | 02-06-30 | | |
| Other | 02-06-40 | | |
| | | | |
| 2.32 Interfering with Agency Functions: | 12-32-00 | | |
| a),(1), Government employee engaged inofficial duty | 12-32-01 | MA | 300 |
| (a),(2), Violating lawful order | 12-32-02 | 100 | 100 |
| (a),(3), False information | 12-32-03 | 75 | 75 |
| (a),(4), False report | 12-32-04 | MA | 300 |
| | | | |
| 2.33 Report of Injury or Damage: | 12-33-00 | | |
| (b), failure to report in excess of $100.00 | 12-33-01 | 25 | 25 |
| | | | |
| 2.34 Disorderly Conduct: | 02-16-00 | | |
| (a),(1), Fighting, Threatening, Violent Behavior | 02-16-01 | 100 | 100 |
| (a),(2), Abusive utterance, gesture | 02-16-02 | 100 | 100 |
| (a),(3), Unreasonable Noise | 02-16-03 | 50 | 50 |
| (a),(4), Hazardous or offensive condition | 02-16-04 | 100 | 100 |
| | | | |
| 2.35 Alcoholic Beverage & Controlled Substance: | | | |
| Alcohol | 02-14-00 | | |
| (a),(2),(Ii), Sale or Gift to a Minor | 02-14-10 | 100 | 100 |
| (a),(2),(ii), Possession by a Minor | 02-14-20 | 50 | 50 |
| (a),(3), Closed Area | 02-14-50 | 50 | 50 |
| (c), Under the Influence of Alcohol/Drugs Civil | 02-15-00 | 250 | 250 |
| Protective Custody | 02-15-01 | 0 | 0 |

| | Offense Code | Fine | Bail |
|---|---|---|---|
| Controlled Substance | 02-10-00 | | |
| (b),(1),  Sale/Manufacture Opium or Cocaine and their derivatives | 02-10-11 | MA | 300 |
| Marijuana | 02-10-12 | MA | 300 |
| Other | 02-10-13 | MA | 300 |
| (b),(2),  Possession Opium or Cocaine and their derivatives | 02-10-21 | MA | 300 |
| Marijuana | 02-10-22 | MA | 300 |
| Other | 02-10-23 | MA | 300 |
| (c), Under the Influence of Controlled Substance | 02-10-30 | 250 | 250 |
| Cultivation | 02-10-40 | | |
| Interdiction | 02-10-50 | | |
| 2.36 Gambling: | 02-11-00 | | |
| (a), Gambling/operating of Gambling Device | 02-11-00 | 100 | 100 |
| 2.37 Noncommercial Soliciting | 12-37-00 | 50 | 50 |
| 2.38 Explosives: | 12-38-00 | | |
| (a), Using, possessing explosives | 12-38-01 | 250 | 250 |
| (b), Using, possessing fireworks | 12-30-20 | 25 | 25 |
| (c), Violating conditions of permit | 12-38-30 | 100 | 100 |
| 2.50 Special Events: | 12-50-00 | | |
| (e), Violation of permit | 12-50-01 | 250 | 250 |
| 2.51 Public Assemblies and Meetings: | 12-51-00 | | |
| (a), Violation of permit | 12-51-01 | 250 | 250 |

|  | Offense Code | Fine | Bail |
|---|---|---|---|
| (h), Impeding traffic/harassing visitors | 12-51-20 | 150 | 150 |
| 2.52 Sale or Distribution of Printed Matter: | 12-52-00 | | |
| (a), Without a permit | 12-52-10 | 50 | 50 |
| (h), Impeding traffic/harassing visitors | 12-52-20 | 150 | 150 |
| (j), Violation of permit | 12-52-30 | 250 | 250 |
| 2.60 Livestock use and Agricultural: | 12-60-00 | | |
| (a), Unauthorized herding/pasturing or grazing | 12-60-01 | 300 | 300 |
| (b), Violations of terms and conditions | 12-60-02 | 300 | 300 |
| 2.61 Residing on Federal Lands: | 12-61-00 | | |
| (a), Residing in park without permit/lease | 12-61-10 | 100 | 100 |
| (b), Violations of terms/conditions of permit | 12-61-29 | 100 | 100 |
| 2.62 Memorialization: | 12-62-00 | | |
| (a), Memorialization prohibited | 12-62-10 | 25 | 25 |
| (b), Scattering of human ashes | 12-62-20 | 25 | 25 |
| (c), Violation of area designated | 12-62-30 | 25 | 25 |
| (d), Violation of permit | 12-62-40 | 25 | 25 |

|  | CFR & Alabama Code | Offense Code | Fine | Bail |
|---|---|---|---|---|

36 CFR
PART 3

BOATING AND WATER USE ACTIVITIES

| 3.1 Applicable Federal and State Laws cite CFR, Title 36,3.1 plus appropriate law(s) | | 13-01-10 | | |
|---|---|---|---|---|

NUMBER(registration)* VIOLATIONS    13-01-10

| Vessel not numbered (registered) | 33CFR 173.15(a)(1) | 13-01-10 | 50 | 50 |
|---|---|---|---|---|
| No numbers displayed (vessel registered) | 33CFR 173.15(a)(1) | 13-01-10 | 50 | 50 |
| Expired registration* and decals | 33CFR 173.21(a)(1) | 13-01-10 | 50 | 50 |
| Expired temporary registration* | 33CFR 173.21(a)(1) | 13-01-10 | 50 | 50 |
| Improper number display (size, color, etc.) | 33CFR 173.15(a)(2) | 13-01-10 | 50 | 50 |
| No registration* on board | 33CFR 173.21(a)(1) | 13-01-10 | 50 | 50 |
| No other numbers allowed (on forward ½) | 33CFR 173.19 | 13-01-10 | 50 | 50 |
| Not numbered in state of principal use | 33CFR 173.15(a)(1) | 13-01-10 | 50 | 50 |
| Registration* must be presented on demand | 33CFR 173.23 | 13-01-10 | 50 | 50 |
| Location of Certificate of Numbers | 33CFR 173.25 | 13-01-10 | 50 | 50 |
| Fail to remove invalid numbers | 33CFR 173.33 | 13-01-10 | 50 | 50 |
| Improper display of numbers (dealer) | 33CFR 173.15(a)(2) | 13-01-10 | 50 | 50 |
| Decals other than current one displayed or located in improper location | COA 33-5-31R3(4) | 13-01-10 | 50 | 50 |

| | CFR<br>Alabama &<br>U.S. Code | Offense<br>Code | Fine | Bail |
|---|---|---|---|---|
| Failure to surrender<br>Certificate of Numbers | 33CFR 173.77 | 13-01-10 | 50 | 50 |
| Failure to notify issuing<br>authority | 33CFR 173.29 | 13-01-10 | 50 | 50 |

*Registration as used here means "Certificate of Number."

<u>DOCUMENTED VESSEL WITH INVALID DOCUMENT 13-01-11</u>

| | | | | |
|---|---|---|---|---|
| Vessel not numbered<br>(registered*) | 33CFR 17.15(a)(1) | 13-01-11 | 50 | 50 |

<u>OPERATOR LICENSES 13-01-12</u>

| | | | | |
|---|---|---|---|---|
| Motorboat or Operator's<br>License required when<br>carrying for hire | 46CFR 26.25-1(a) | 13.01-12 | 50 | 50 |

<u>OPERATIONS VIOLATION 13-01-30</u>

| | | | | |
|---|---|---|---|---|
| Failure to Stop Vessel on<br>Command | 36CFR 2.32(a)(1) | 13-01-30 | MA | 300 |
| Refusal to Allow Vessel<br>Inspection | 36CFR 2.32(a)(1) | 13-01-30 | MA | 300 |
| Removing, Defacing,<br>Destroying a Navigation Aid | 33CFR 70.05-1 | 13-01-30 | MA | 300 |

<u>RULES OF THE ROAD 13-01-20</u>

| | | | | |
|---|---|---|---|---|
| Failure to Maintain Proper<br>Lookout | 33 USC 2005 | 13-01-20 | 50 | 50 |
| Failure to Maintain Safe<br>Speed | 33 USC 2006 | 13-01-20 | 50 | 50 |
| Failure to Take Action to<br>Avoid Collision | 33 USC 2009 | 13-01-20 | 50 | 50 |
| Failure to Keep to Right | 33 USC 2010 | 13-01-20 | 50 | 50 |
| Failure to Yield, Sailing<br>Vessel | 33 USC 2012 | 13-01-20 | 50 | 50 |
| Failure to Yield, Overtaking | 33 USC 2013 | 13-01-20 | 50 | 50 |
| Failure to Yield, Head On | 33 USC 2014 | 13-01-20 | 50 | 50 |
| Failure to Yield, Crossing | 33 USC 2015 | 13-01-20 | 50 | 50 |

|  | CFR Alabama & U.S. Code | Offense Code | Fine | Bail |
|---|---|---|---|---|
| Failure to Maintain Course and Speed | 33 USC 2017 | 13-01-20 | 50 | 50 |
| Power Vessel Must Yield to Sailing Vessel | 33 USC 2018 | 13-01-20 | 50 | 50 |
| Failure to Sound Whistle Signal | 33 USC 2030 | 13-01-20 | 50 | 50 |

EQUIPMENT VIOLATIONS 13-01-40

| Insufficient Number of PFD's | | | | |
|---|---|---|---|---|
| Adult | 33 CFR 175.15 | 13-01-40 | 50 | 50 |

a. Less than 16'
b. 16' or more (wearable)
c. 16' or more (type)

| | CFR Alabama & U.S. Code | Offense Code | Fine | Bail |
|---|---|---|---|---|
| Insufficient Number of PFD's Child | 33 CFR 175.15 | 13-01-40 | 50 | 50 |
| Type I,II or III not Readily Accessible | 33 CFR 175.19(a) | 13-01-40 | 50 | 50 |
| Type IV not Immediately Available | 33 CFR 175.19(b) | 13-01-40 | 50 | 50 |
| Unserviceable PFD's | 33 CFR 175.21(a) | 13-01-40 | 50 | 50 |
| Non-approved PFD's | 33 CFR 175.21(b) | 13-01-40 | 50 | 50 |
| PFD's of Improper Size | 33 CFR 175.21(c) | 13-01-40 | 50 | 50 |
| No Fire Extinguisher | 46CFR25.30-20(a)(1) | 13-01-40 | 50 | 50 |
| Insufficient Number of Fire Extinguishers | 46CFR25.52-20(a)(1) | 13-01-40 | 50 | 50 |
| Unserviceable Extinguisher | 46CFR25.30-20(a)(1) | 13-01-40 | 50 | 50 |
| Non-approved Fire Extinguisher | 46 CFR 25.30-5(b) | 13-01-40 | 50 | 50 |
| Fire Extinguisher not Labeled | 46 CFR 25.30-10(d) | 13-01-40 | 50 | 50 |
| No Backfire Flame Control | 46 CFR 25.35-1(a) | 13-01-40 | 50 | 50 |

|  | CFR & Alabama Code | Offense Code | Fine | Bail |
|---|---|---|---|---|
| Flame Control Unserviceable or Improperly Installed on Non-approved | 46 CFR 25.35-1(a) | 13-01-40 | 50 | 50 |
| Inadequate Ventilation on a Pre-August 1, 1980 Boat | 46 CFR 25.40-1 | 13-01-40 | 50 | 50 |
| Inadequate Ventilation on a Post-July 31, 1980 Boat | 33 CFR 175.201 | 13-01-40 | 50 | 50 |
| No Sound Producing Device | COA 33-5-31R8(1) | 13-01-40 | 50 | 50 |
| No Pollution Placard | 33 CFR 155.450(a) | 13-01-40 | 50 | 50 |
| No Means to Remove Oily Bilge Slops | 33 CFR 155.330(a) | 13-01-40 | 50 | 50 |
| Draining Oil into the Bilge | 33 CFR 155.770 | 13-01-40 | 50 | 50 |
| No Copy of NAVRULS | 33 CFR 88.05 | 13-01-40 | 50 | 50 |

IMPROPER (OR NO) NAVIGATION LIGHTS 13-01-40

|  | CFR & Alabama Code | Offense Code | Fine | Bail |
|---|---|---|---|---|
| Power-driven Vessels | COA 33-5-31R9(1)(2) | 13-01-40 | 50 | 50 |
| Sailing Vessels | COA 33-5-31R9(1)(6) | 13-01-40 | 50 | 50 |
| Vessel Under Oars | COA 33-5-31R9(1)(1) | 13-01-40 | 50 | 50 |
| Anchor Lights | COA 33-5-31R9(2) | 13-01-40 | 50 | 50 |

|  | Offense Code | Fine | Bail |
|---|---|---|---|
| 3.2 National Park Service Distinctive Identification: |  |  |  |
| (b), NPS vessel markings | 13-02-00 | 100 | 100 |
| 3.3 Permits | 13-03-00 | 100 | 100 |
| 3.4 Accidents: | 13-04-00 |  |  |
| (b), Failure to report | 13-04-01 | 50 | 50 |
| 3.5 Inspection: | 13-05-00 |  |  |
| (c), Violation of directions | 13-05-01 | 50 | 50 |
| 3.6 Prohibited Operations: | 13-06-00 |  |  |
| (a), Reckless, negligent | 13-06-01 | 250 | 250 |
| (a),(1),  Ski flag required | 13-06-11 | 50 | 50 |
| (b), Operator under influence | 13-06-02 | MA | 300 |
| (c), Regulatory marker | 13-06-03 | 25 | 25 |
| (d),(1),  Wakeless speed area, 5 mph | 13-06-04 | 25 | 25 |
| (d),(2),  Wakeless speed, 100' restr. | 13-06-14 | 25 | 25 |
| (e), Operated in swim beach | 13-06-05 | 100 | 100 |
| (f), Bow riding | 13-06-06 | 50 | 50 |
| (g), Interfere with buoy, etc | 13-06-07 | 25 | 25 |
| (h), Launch with trailer | 13-06-08 | 50 | 50 |
| (i), Launch motorboat | 13-06-09 | 25 | 25 |
| (k), Airboats | 13-06-10 | 25 | 25 |
| (l), Length restrictions | 13-06-12 | 25 | 25 |
| 3.7 Noise Abatement | 13-07-00 | 50 | 50 |

| | Offense Code | Fine | Bail |
|---|---|---|---|
| 3.20 Water Skiing: | 13-20-00 | | |
| (a), Tow skier, prohibited area | 13-20-10 | 50 | 50 |
| (b),(1), Tow skier, after sunset | 13-20-20 | 50 | 50 |
| (b),(2), Tow skier, no observer | 13-20-22 | 50 | 50 |
| (b).(3), Tow skier, no flotation device | 13-20-21 | 50 | 50 |
| (b),(4), 500' and 100' restrictions | 13-20-23 | 100 | 100 |
| | | | |
| 3.21 Swimming and Bathing: | 13-21-00 | | |
| (a),(1), Swimming/bathing closed area | 13-21-01 | 25 | 25 |
| (a),(2), Designated restrictions | 13-21-02 | 25 | 25 |
| (a),(3), Swimming from vessel underway | 13-21-03 | 25 | 25 |
| (b), Swim beach rules | 13-21-04 | 25 | 25 |
| | | | |
| 3.23 SCUBA and Snorkeling: | 13-23-00 | | |
| (a), In swim, dock or mooring areas | 13-23-01 | 25 | 25 |
| (b), Diving without divers flag | 13-23-02 | 25 | 25 |

| | Alabama Code | Offense Code | Fine | Bail |
|---|---|---|---|---|
| PART 4 | | | | |
| VEHICLE AND TRAFFIC SAFETY | | 14-00-00 | | |
| 4.2 Applicable State Laws Cite 36 CFR 4.2(b) plus Alabama Code (COA). | | 14-02-00 | | |
| REGISTRATION | | | | |
| Vehicle Registration (expired) | T32-6-65 | 14-02-20 | 50 | 50 |
| Rear Tag Required | T32-6-51 | 14-02-20 | 50 | 50 |
| Tag, Improper Classification | T32-6-52 | 14-02-20 | 50 | 50 |
| Switched Tag | T40-12-260 | 14-02-20 | 50 | 50 |
| DRIVERS LICENSE | | | | |
| No Drivers License | T32-6-9 | 14-02-05 | 50 | 50 |
| Violation License Restriction | T32-6-12 | 14-02-05 | 50 | 50 |
| Driving on Revoked/Suspended License | T32-5A-195 | 14-02-05 | 250 | 250 |
| Allowing Another to Use License | PR-3 | 14-02-05 | 50 | 250 |
| Altering or Defacing License | PR-4 | 14-02-05 | 50 | 50 |
| Allowing Minor to Operate Vehicle | T32-5-65 | 14-02-05 | 50 | 50 |
| DRIVING VIOLATIONS | | | | |
| Attempting to Elude Police | T32-5A-193 | 14-02-18 | 250 | 250 |
| Backing Improperly | T32-5A-51 | 14-02-14 | 50 | 50 |
| Crossing Fire Hose | T32-5A-59 | 14-02-25 | 50 | 50 |
| Dimming Headlights | T32-5-242 | 14-02-25 | 50 | 50 |
| Divided Highways: Improper Use | T32-5A-90 | 14-02-18 | 50 | 50 |
| Drivers View Obstructed | T32-5A-53 | 14-02-25 | 50 | 50 |
| Following too Close | T32-5A-89 | 14-02-18 | 50 | 50 |
| LANE USAGE | | | | |
| Slower traffic use Right Lane | T32-5A-80 | 14-02-18 | 50 | 50 |
| Improper Lane Change | T32-5A-88 | 14-02-18 | 50 | 50 |

|  | Alabama Code | Offense Code | Fine | Bail |
|---|---|---|---|---|
| **PASSING, IMPROPER** | | | | |
| Curve or Hill | T32-5A-85 | 14-02-18 | 50 | 50 |
| Intersection or RR Crossing | T32-5A-85 | 14-02-18 | 50 | 50 |
| Markings | T32-5A-86 | 14-02-18 | 50 | 50 |
| On Right | T32-5A-83 | 14-02-18 | 50 | 50 |
| When Meeting a Vehicle | T32-5A-84 | 14-02-18 | 50 | 50 |
| **RECKLESS DRIVING** | | | | |
| Racing on Highway | T32-5A-178 | 14-02-50 | 250 | 250 |
| Reckless Driving | T32-5A-190 | 14-02-50 | 250 | 250 |
| Wrong Side of the Road | T32-5A-80 | 14-02-50 | 50 | 50 |
| Wrong Way on One Way Street | T32-5A-87 | 14-02-50 | 50 | 50 |
| **RIGHT-OF-WAY** | | | | |
| Emergency Vehicle | T32-5A-115 | 14-02-16 | 50 | 50 |
| Passing Vehicle | T32-5A-82 | 14-02-16 | 50 | 50 |
| Pedestrian in Crosswalk | T32-5A-211 | 14-02-16 | 50 | 50 |
| Stop or Yield Sign | T32-5A-112 | 14-02-16 | 50 | 50 |
| Vehicle Turning Left | T32-5A-111 | 14-02-16 | 50 | 50 |
| Vehicle Entering From Private Road | T32-5A-114 | 14-02-16 | 50 | 50 |
| **STOPPING, TURNING, SIGNAL AND TOWING** | | | | |
| Stop Signs | T32-5A-112 | 14-02-18 | 50 | 50 |
| School or Church Bus | T32-5A-154 | 14-02-18 | 50 | 50 |
| Towing Vehicle Improperly | T32-5A-130 | 14-02-18 | 50 | 50 |
| Turns-Improper Right or Left | T32-5A-130 | 14-02-23 | 50 | 50 |
| Signal Required | T32-5A-134 | 14-02-23 | 50 | 50 |
| U Turn at Hill or Curve | T32-5A-131 | 14-02-23 | 50 | 50 |

|  | Alabama Code | Offense Code | Fine | Bail |
|---|---|---|---|---|
| **EQUIPMENT OF VEHICLES** | | | | |
| Brakes Required | T32-5-212 | 14-02-24 | 50 | 50 |
| Flares Required | T32-5-220(a) | 14-02-24 | 50 | 50 |
| Flares Required @ Disabled Vehicles | T32-5-221 | 14-02-24 | 50 | 50 |
| Horn Required | T32-5-213 | 14-02-24 | 50 | 50 |
| Lights Required | T32-5-240 | 14-02-24 | 50 | 50 |
| Head Lights 24" to 54" | T32-5-240(b) | 14-02-24 | 50 | 50 |
| Tail Lights | T32-5-240(c) | 14-02-24 | 50 | 50 |
| Clearance Lights | T32-5-240(d) | 14-02-24 | 50 | 50 |
| Reflectors | T32-5-240(g) | 14-02-24 | 50 | 50 |
| Fog Lights (permissible between 12"-30") | T32-5-241 | 14-02-24 | 50 | 50 |
| Mirror Required | T32-5-214 | 14-02-24 | 50 | 50 |
| Muffler Required | T32-5-216 | 14-02-24 | 50 | 50 |
| **LOADS** | | | | |
| Not secured by Chains or Cables | T32-5-75 | 14-02-29 | 50 | 50 |
| Sifting or Spilling | T32-5-76 | 14-02-29 | 50 | 50 |
| Flag or Light at end of load | T32-5-211 | 14-02-29 | 50 | 50 |
| Over height, 13 ½ | T32-9-20 | 14-02-29 | 150 | 150 |
| Over length, Truck & Trailer, 60' Livestock Truck & Trailer, 65' Other Vehicles, 40' | T32-9-20 | 14-02-29 | 150 | 150 |
| Over width, 8' Except Forest Products & Culvert Pipe, 102" | T32-9-20 | 14-02-29 | 150 | 150 |
| Permit Required if Oversize Load | T32-9-20 | 14-02-29 | 150 | 150 |
| Refusal to Allow Measuring, Weighing, etc. | T32-9-31 | 14-02-29 | 150 | 150 |

| | Alabama Code | Offense Code | Fine | Bail |
|---|---|---|---|---|
| **MOTORCYCLES** | | | | |
| Helmet & Shoes Required | T32-5A-245 | 14-02-30 | 50 | 50 |
| Motorcycle License Required | T32-6-9 | 14-02-05 | 50 | 50 |

|  | Offense Code | Fine | Bail |
|---|---|---|---|
| 4.1 Applicability and Scope | 14-01-00 | | |
| 4.2 Applicable State Laws Cite 36 CFR, 4.2 plus Appropriate state code | 14-02-00 | 50 | 50 |
| 4.3 Authorized Emergency Vehicles | 14-03-00 | | |
| 4.4 Report of Motor Vehicle Accident: | 14-04-00 | | |
|     (c), Failure to comply with reporting requirements | 14-04-00 | 250 | 250 |
| 4.10 Travel on Park Roads and Designated Routes: | 14-10-00 | | |
|     (a), Outside established road/parking areas | 14-10-10 | 75 | 75 |
|     (c),(1), Pneumatic tires required | 14-10-01 | 35 | 35 |
|     (c),(2), Vehicle operation damaging roads | 14-10-02 | 250 | 250 |
|     (c),(3), Lights required | 14-10-03 | 35 | 35 |
| 4.11 Load, Weight and Size Limit: | 14-11-00 | | |
|     (b),(1), Violation of load limits | 14-11-01 | 150 | 150 |
|     (b),(2), Failure to obtain permit | 14-11-03 | 50 | 50 |
|     (b),(3), Violation of terms/conditions permit | 14-11-03 | 250 | 250 |
| 4.12 Traffic Control Devices | 14-12-00 | 25 | 25 |

| | Offense Code | Fine | Bail |
|---|---|---|---|
| 4.13 Obstructing Traffic: | 14-13-00 | | |
| (a), Obstruction traffic | 14-13-01 | 35 | 35 |
| (b), Interference with flow of traffic | 14-13-02 | 35 | 35 |
| 4.14 Open Container of Alcoholic Beverage: | 02-14-00 | | |
| (b), Carrying/storing open container | 02-14-30 | 50 | 50 |
| 4.20 Right-of-way | 14-20-00 | 50 | 50 |
| 4.21 Speed Limits: | 14-21-00 | | |
| (c), Exceeding posted limit | 14-21-01 | $4/ml | 200 |
| 4.22 Unsafe Operation: | 14-22-00 | | |
| (b),(1), Without due care | 14-22-01 | 250 | 250 |
| (b),(2), Excessive acceleration | 14-22-02 | 100 | 100 |
| (b),(3), Fail to maintain control of vehicle | 14-22-03 | 250 | 250 |
| (b),(4),(i), Unlawful riding on towed vehicle | 14-22-04 | 100 | 100 |
| (b),(4),(ii), Unlawful riding on exterior of vehicle | 14-22-40 | 100 | 100 |
| 4.23 Operating Under the Influence of Alcohol or Drugs: | 02-13-00 | | |
| (a),(1), Under the Influence Alcohol/Drugs | 02-13-10 | MA | 300 |
| (a),(2), Alcohol concentration of 0.10 or higher | 02-13-20 | MA | 300 |

| | Offense Code | Fine | Bail |
|---|---|---|---|
| 4.30 Bicycles: | 14-30-00 | | |
|     (a), Designed routes | 14-30-01 | 25 | 25 |
|     (d), (1), Possessing in wilderness area | 14-30-10 | 25 | 25 |
|         (2), Lights required | 14-30-02 | 25 | 25 |
|         (3), Riding abreast | 14-30-03 | 25 | 25 |
|         (4), Operating consuming/carrying alcoholic beverage | 02-14-60 | 100 | 100 |
| 4.31 Hitchhiking: | 14-31-00 | 35 | 35 |

PART 5

| | Offense Code | Fine | Bail |
|---|---|---|---|
| COMMERCIAL AND PRIVATE OPERATIONS | 15-00-00 | | |
| 5.1  Advertisements | 15-01-00 | 150 | 150 |
| 5.2  Sale of Alcoholic Beverages; Sale of Intoxicants | 15-02-00 | 150 | 150 |
| 5.3  Business Operations | 15-03-00 | 200 | 200 |
| 5.4  Commercial Passenger Carrying Motor Vehicles | 15-04-00 | 50 | 50 |
| 5.5  Commercial Photography: | 15-05-00 | | |
|     (a), Motion Pictures | 15-05-10 | 500 | 300 |
|     (b), Still Photos | 15-05-20 | 500 | 300 |
| 5.6  Commercial Vehicles: | 15-06-00 | | |
|     (b), Prohibited | 15-06-00 | 100 | 100 |
| 5.7  Construction of Buildings or Other Facilities | 15-07-00 | MA | 300 |
| 5.8  Discrimination in Employment Practices | 15-08-00 | MA | 300 |

|      |                                                                                       | Offense Code | Fine | Bail |
|------|---------------------------------------------------------------------------------------|--------------|------|------|
| 5.9  | Discrimination in Furnishing Public Accommodations and Transportation Services        | 15-09-00     | MA   | 300  |
| 5.10 | Eating, Drinking or Lodging Establishments:                                           |              |      |      |
|      | (b), Operating in accordance of state/local regulations                               | 15-10-10     | 100  | 100  |
| 5.13 | Nuisances                                                                             | 15-13-00     | 100  | 100  |
| 5.14 | Prospecting, Mining and Mineral Leasing                                               | 15-14-00     | 200  | 200  |

II.  SCHEDULE OF OFFENSES ON ALL NATIONAL FOREST LANDS UNDER CONTROL
     OF THE UNITED STATE FOREST SERVICE

## CFR 261.3

### INTERFERING WITH FOREST OFFICERS

### CFR 261.3(a)

Threatening, resisting, intimidating or interfering with any forest
officer engaged in his official duties in the protection, improvement
or administration of the National Forest System is prohibited.
**MANDATORY**

### CFR 261.3(b)

Giving any false, fictitious or fraudulent report or other information
to any Forest Officer engaged in or on account of the performance of
aor official duties knowing that such report or other information
contains false, fictitious of fraudulent state or entry.
**$75**

### CFR 261.3(c)

Threatening, intimidating, or intentionally interfering with any
Forest Officer, volunteer, or human resource program enrollee while
engaged in or on account of the performance of duties for the
protection improvement, or administration of the National Forest
System or other duties assigned by the Forest Service.
**MANDATORY**

## CFR 261.4

### DISORDERLY CONDUCT

### CFR 261.4(a)

Engaging in fighting
**$150**

### CFR 261.4(b)

Addressing any offensive, derisive or annoying communication to any
other person who is lawfully present when such communication has a
direct tendency to cause acts of violence by the person to whom,
individually, the remark is addressed.
**$100**

<u>CFR 261.4(c)</u>

Make statements or other actions directed toward inciting or producing imminent lawless action and likely to incite or produce such action.
**$100**

<u>CFR 261.4(d)</u>

Causing public inconvenience, annoyance or alarm by making unreasonably load noise.        **$50**

<u>CFR 261.5</u>

**Fire**

<u>CFR 261.5(a)</u>

Carelessly or negligently throwing or placing any ignited substance or other substance that may cause a fire.
**$100**

<u>CFR 261.5(b)</u>

Firing any tracer bullet or incendiary ammunition
**$100**

<u>CFR 261.5(c)</u>

Causing timber, trees, slash brush, or grass to burn except as authorized by permit.        **$100**

<u>CFR 261.5(d)</u>

Leaving a fire without completely extinguishing it.
**$100**

<u>CFR 261.5(e)</u>

Allowing a fire to escape from control.
**$100**

<u>CFR 261.5(f)</u>

Building, attending, maintaining, or using a campfire without removing all flammable material from around the campfire adequate to prevent its escape.        **$50**

CFR 261.6

**TIMBER AND OTHER FOREST PRODUCTS**

CFR 261.6(a)

Cutting or otherwise damaging any timber, tree or other forest
product, except as authorized by permit, timber sale contract, Federal
law or regulation.

**$150**

CFR 261.6(b)

Cutting any standing tree, under permit or timber sale contract,
before a Forest Officer has marked it or has otherwise designated it
for cutting.

**$150**

CFR 261.6(c)

Removing any timber or other forest product cut under permit or timber
sale contract, except to a place designated for scaling, or removing
it from that before it is scaled, measured, counted, or otherwise
accounted for by a Forest Officer.

**$150**

CFR 261.6(d)

Stamping, marking with paint, or otherwise identifying any tree or
other forest product in a manner similar to that employed by forest
officers to mark or designate a tree or any other forest product for
cutting or removal.

**MANDATORY**

CFR 261.6(e)

Loading, removing or hauling timber or other forest product acquired
under any permit or timber sale contract unless such product is
identified as required in such permit or contract.

**$150**

CFR 261.6(f)

Selling or exchanging any timber or other forest product obtained
under free use pursuant to 223.5 through 223.11.

**$150**

## CFR 261.6(g)

Violating any timber export of substitution restriction in 223.160 through 223.164.

**$150**

## CFR 261.6(h)

Removing any timber, tree or other forest product, except as authorized by permit, timber sale contract, Federal law or regulation.

**$150**

## CFR 261.7

**LIVESTOCK**

## CFR 261.7(a)

Placing or allowing unauthorized livestock to enter or be in the National Forest System or other lands under Forest Service control.

**$50**

## CFR 261.7(b)

Not removing unauthorized livestock from National Forest System or other lands under Forest Service control when requested by a forest officer.

**$100**

## CFR 261.7(c)

Failing to reclose any gate or other entry.

**$50**

## CFR 261.7(d)

Molesting, injuring, removing, or releasing any livestock impounded under 262.10 while in the custody of the Forest Service or its authorized agents.

**MANDATORY**

## CFR 261.8

**FISH AND WILDLIFE**

**The following are prohibited to the extent Federal or State law is violated:**

## CFR 261.8(a)

Hunting, trapping, fishing, catching, molesting, killing or having in possession any kind of wild animal, bird, or fish or taking the eggs of any such bird.

**$150**

## CFR 261.8(b)

Possessing a firearm or other implement designed to discharge a missile capable of destroying animal life.

**$100**

## CFR 261.8(c)

Possessing equipment which could be used for hunting, fishing, or trapping.

**$100**

Possessing a dog not on a leash or otherwise confined.

**$100**

## CFR 261.8(d)

Curtail the free movement of any animal or plant life into or out of a cave, except as authorized to protect a cave resource.

**$100**

## CFR 261.9

**PROPERTY**

## CFR 261.9(a)

Damaging any natural feature or other property of the United States.

**$150**

## CFR 261.9(b)

Removing any natural feature or other property of the United States.

**$150**

<u>CFR 261.9(c)</u>

Damaging any plant that is classified as a threatened, endangered, sensitive, rare, or unique species.

**$250**

<u>CFR 261.9(d)</u>

Removing any plant that is classified as a threatened, endangered, sensitive, rare, or unique species.

**$250**

<u>CFR 261.9(e)</u>

Entering any building, structure or enclosed area owned or controlled by the United States when such building, structure or enclosed area is not open to the public.

**MANDATORY**

<u>CFR 261.9(f)</u>

Using any herbicide, pesticide or fungicide except for personal use for medical purposes or as an insect repellent or with permission for other minor uses.

**$150**

<u>CFR 261.9(g)</u>

Digging in, excavating, disturbing, injuring, destroying or in any way damaging any paleontological, prehistoric, historic or archaeological resource, structure, site, artifact of property.

**$250**

<u>CFR 261.9(h)</u>

Removing any paleontological, prehistoric, historic or archaeological resource, structure, site, artifact of property.

**$250**

<u>CFR 261.9(i)</u>

Excavating, damaging, or removing any vertebrate fossil or removing any paleontological resource for commercial purposes without a special-use authorization.

**$150**

## CFR 261.9(j)

Excavating, damaging, or removing any cave resource from a cave
without a special-use authorization, or removing any cave resource for
commercial purposes.

**$250**

## CFR 261.10

**OCCUPANCY AND USE**

### CFR 261.10(a)

Constructing, placing or maintaining any kind of road, trail,
structure, fence, enclosure, communication equipment or other
improvement without a permit.

**$150**

### CFR 261.10(b)

Taking possession of, occupying, or otherwise using National Forest
System lands for residential purposes without a permit or as otherwise
authorized by Federal law or regulation.

**$100**

### CFR 261.10(c)

Selling or offering for sale any merchandise, conducting any kind of
work activity or service unless authorized by Federal law, regulation
or permit.

**$100**

### CFR 261.10(d)

Discharging a firearm or any other implement capable of taking human
life, causing injury or damaging property: 1) In or within 150 yards
of a residence, building, campsite, developed recreation site or
occupied are, or 2) Across or on a Forest Development road or a body
of water adjacent thereto, or in any manner or place whereby any
person or property is exposed to injury or damage as a result of such
discharge.

**MA**

### CFR 261.10(e)

Abandoning any personal property.

**$100**

CFR 261.10(f)

Placing a vehicle or other object in such a manner that it is an impediment of hazard to the safety or convenience of any person.
**$50**

CFR 261.10(g)

Disseminating, posting, placing, or erecting any paper, notice, advertising material, sign, handbill, petition, or similar written and/or graphic matter without a special-use authorization.
**$50**

CFR 261.10(h)

Operating or using in or near a campsite, developed recreation site, or over an adjacent body of water without a permit, any device which produces noise, such as a radio, television, musical instrument, motor or engine in such a manner and at such a time so as to unreasonably disturb any person.
**$50**

CFR 261.10(i)

Operating or using a public address system, whether fixed portable, or vehicle mounted, in or near a campsite, developed recreation site, or over an adjacent body of water without a special-use authorization.
**$50**

CFR 261.10(j)

Conducting, demonstrating, or participating in a public meeting, assembly or special event, except as authorized by permit.
**$100**

CFR 261.10(k)

Violating any term or condition of a special-use authorization contract or approved operating plan.
**$100**

CFR 261.10(l)

Failing to stop a vehicle when directed to do so by a Forest Officer.
**$150**

<u>CFR 261.10(m)</u>

Failing to pay any special-use fee or other charges as required.
**$100**

<u>CFR 261.10(n)</u>

Discharging or igniting a firecracker, rocket or other firework, or explosive into or within any cave.
**$150**

<u>CFR 261.11</u>

**SANITATION**

<u>CFR 261.11(a)</u>

Depositing in any toilet, toilet vault, or plumbing fixture any substance which could damage or interfere with the operation or maintenance of the fixture.
**$100**

<u>CFR 261.11(b)</u>

Possessing or leaving refuse, debris, or litter in an exposed or unsanitary condition.
**$150**

<u>CFR 261.11(c)</u>

Placing in or near a stream, lake or other water any substance which does or may pollute a stream, lake or other water.

**$250**

<u>CFR 261.11(d)</u>

Failing to dispose of all garbage, including any paper, can bottle, sewage, waste water or material, or rubbish either by removal from the site or area, or by depositing it into receptacles or at places provided for such purposes.
**$100**

<u>CFR 261.11(e)</u>

Dumping of any refuse, debris, trash or litter brought as such from private property or from land occupied under permit, except, where a container, dump or similar facility has been provided and is identified as such, to receive trash generated form private lands or lands occupied under permit.

**$150**

<u>CFR 261.12</u>

**FOREST DEVELOPMENT ROADS AND TRAILS**

<u>CFR 261.12(a)</u>

Violating the load, weight, height, length or width limitations prescribed by State law, except by permit, written agreement, or where greater or lesser limits have been established pursuant to 261.54.

**$150**

<u>CFR 261.12(b)</u>

Failing to have a vehicle weighted at a Forest Service weighing station, if required by a sign.

**$150**

<u>CFR 261.12(c)</u>

Damaging and leaving in a damaged condition any such road, trail or segment thereof.

**$150**

<u>CFR 261.12(d)</u>

Blocking, restricting or otherwise interfering with the use of a road, trail or gate.

**$50**

<u>CFR 261.12(e)</u>

Using motorized vehicles in excess of 40 inches in width on a trail.

**$50**

CFR 261.13

**USE OF VEHICLES OFF ROADS**

It is prohibited to operate any vehicle off Forest Development, State or County roads:

CFR 261.13(a)

Without a valid license as required by State law.
**$100**

CFR 261.13(b)

Without an operable braking system.
**$50**

CFR 261.13(c)

From one-half hour after sunset to one-half hour before sunrise unless equipped with working head and tail lights.
**$50**

CFR 261.13(d)

In violation of any applicable noise emission standard established by any Federal or State agency.
**$100**

CFR 261.13(e)

While under the influence of alcohol or other drug.
**MA**

CFR 261.13(f)

Creating excessive or unusual smoke.
**$50**

CFR 261.13(g)

Carelessly, recklessly or without regard for the safety of any person, or in a manner that endangers, or is likely to endanger, any person or property.
**$150**

<u>CFR 261.13(h)</u>

In a manner which damages or unreasonably disturbs the land, wildlife, or vegetative resources.

**$100**

<u>CFR 261.13(i)</u>

In violation of State law established for vehicles used off roads.

**$50**

<u>CFR 261.14</u>

**DEVELOPED RECREATION SITES**

<u>CFR 261.14(a)</u>

Occupying any portion of the site for other than recreation purposes.

**$50**

<u>CFR 261.14(b)</u>

Building, attending, maintaining or using a fire outside of a fire ring provided by the Forest Service for such purpose or outside of a stove, grill or fireplace.

**$50**

<u>CFR 261.14(c)</u>

Cleaning or washing any personal property, fish, animal or food, or bathing or washing at a hydrant or water faucet not provided for that purpose.

**$50**

<u>CFR 261.14(d)</u>

Discharging or igniting a firecracker, rocket or other firework, or explosive.

**$50**

<u>CFR 261.14(e)</u>

Occupying between 10pm and 6am a place designated for day use only.

**$50**

CFR 261.14(f)

Failing to remove all camping equipment or personal property when
vacating the area or site.

**$50**

CFR 261.14(g)

Placing, maintaining or using camping equipment except in a place
specifically designated or provided for such equipment.

**$50**

CFR 261.14(h)

Without permission, failing to have at least one person occupy a
camping area during the first night after camping equipment has been
set up.

**$50**

CFR 261.14(i)

Leaving camping equipment unattended for more than 24 hours without
permission.

**$50**

CFR 261.14(j)

Bringing in or possessing an animal other than a seeing eye dog,
unless it is crated, caged or upon a leash not longer than six feet,
or otherwise under physical restrictive control.

**$50**

CFR 261.14(k)

Bringing in or possessing in a swimming area an animal, other than a
seeing eye dog.

**$50**

CFR 261.14(l)

Bringing in or possessing a saddle, pack or draft animal except as
authorized by posted instructions.

**$50**

CFR 261.14(m)

Operating or parking a motor vehicle or trailer except in places
developed or designated for this purpose.

**$50**

## CFR 261.14(n)

Operating a bicycle, motorbike, or motorcycle on a trail unless designated for this use.

**$50**

## CFR 261.14(o)

Operating a motorbike, motorcycle or other motor vehicle for any purpose other than entering or leaving the site.

**$50**

## CFR 261.14(p)

Distributing any handbill, circular, paper or notice without a permit.

**$50**

## CFR 261.14(q)

Depositing any body waste except into receptacles provided for that purpose.

**$100**

## CFR 261.15

**ADMISSION, RECREATION USE AND SPECIAL RECREATION PERMIT FEES.**

Failing to pay any fee established for admission or entrance to or use of a site, facility, equipment or service furnished by the United States is prohibited. The maximum fine shall not exceed $100.

**$50**

## CFR 261.16

**NATIONAL FOREST WILDERNESS**

## CFR 261.16(a)

Possessing or using a motor vehicle, motorboat or motorized equipment except as authorized by Federal law or regulation.

**$150**

## CFR 261.16(b)

Possessing or using a hang glider or bicycle.

**$50**

## CFR 261.16(c)

Landing of aircraft, or dropping or picking up of any material supplies or person by means of aircraft, including a helicopter.

**$100**

## CFR 261.52

### FIRE

**OFFENSES PROHIBITED IN AREAS DESIGNATED BY ORDER**

(a)  Building, maintaining, attending or using a fire, campfire, or stove fire.          **$50**

(b)  Using an explosive          **$50**

(c)  Smoking          **$50**

(d)  Smoking, except within an enclosed vehicle or building, a developed recreation site, or while stopped in an area at least three feet in diameter that is barren or cleared of all flammable material.

**$50**

(e)  Going into or being upon an area that is closed.

**$50**

(f)  Possessing, discharging or using any kind of firework or other pyrotechnic device.

**$50**

(g)  Entering an area without any firefighting tool prescribed by the order.

**$50**

(h)  Operating an internal combustion engine.

**$50**

(i)  Welding, or operating an acetylene or other torch with open flame.

**$50**

(j)* Operating or using any internal or external combustion engine on National Forest Lands, without a spark arresting device properly installed, maintained and in effective working order meeting either: 1)Department of Agriculture, Forest Service Standard 5100-ia; or 2) appropriate Society of Automotive Engineers (SAE) recommended practice J335(b) and J350(a).

**$50**

k)   Violating any State law specified in the order concerning
     burning, fires or which is for the purpose of preventing, or
     restricting the spread of fires.
                              **$50**

                          <u>CFR 261.53</u>

           **SPECIAL CLOSURES: FOR PROTECTION OF:**

(a)   Threatened, endangered, rare, unique, or vanishing species of
      plants, animals, birds or fish.
                              **$100**

(b)   Special biological communities.
                              **$100**

(c)   Objects of areas of historical, archeological, geological, or
      paleontological interest.
                              **$150**

(d)   Scientific experiments or investigations.
                              **$100**

(e)   Public health or safety.  Use of Armor-Piercing or Trace
      Ammunition.  Discharging weapons when other persons are down
      range.  Shooting or pointing weapons other than within the limits
      of the range.  Keeping action safe to and from the firing line or
      at other times when not actually firing.
                              **$100**

 *   In violation of Posted Safety Requirements. **$100**

 *   Use of Armor-Piercing or Trace Ammunition. **$100**

 *   Discharging weapons when other persons are down range. **$100**

 *   Shooting or pointing weapons other than within the
     limits of the range.  **$100**

 *   Keeping action safe to and from the firing line or
     at other times when not actually firing. **$100**

(f)   Property.  Use of Armor-Piercing or Trace Ammunition. **$100**

 *   Use of Armor-Piercing or Trace Ammunition. **$100**

 *   Shooting at any type target except plastic or paper. **$100**

<u>CFR 261.54</u>

### FOREST DEVELOPMENT ROADS: PROHIBITED BY ORDER:

(a)* Operating or using a motor vehicle that emits a noise in excess
     of : eighty-six (86) decibels at fifty (50) feet at a speed of
     thirty five (35) miles per hour or less; (99) decibels at twenty
     inches from the exhaust at a (45) degree angle as outlined in the
     Off-Highway Motorcycle and All-Terrain Vehicle Stationary Sound
     Test Manual.

$100

     Using any type of vehicle prohibited by the order.

$100

(b)  Use by any type of traffic prohibited by the order.

$100

(c)  Using a road for commercial hauling without a permit or written
     authorization.

$150

(d)* Operating a motor vehicle on a Forest Development Road without
     proper safety equipment or which is not in compliance with
     applicable State Laws and Regulations for use on public roads and
     highways.

$150

*    Operating a motor vehicle on a Forest Development Road
     without a valid drivers license and valid vehicle license
     tag.

$150

     Operating a vehicle in violation of the speed, load, weight,
     height, length, width, or other limitations specified by the
     order.

$150

(e)* Operating a motorized vehicle on a road and trail that is blocked
     by a gate, sign or other physical barrier erected to restrict
     motorized vehicular travel.

$100

\*    Being on a closed road with any type of motor driven vehicle
      during the and for the reasons specified in the attached
      Forest or District Road Management Plan.  (District Road
      Management Plans are lists of roads closed, and dates when
      they are to be closed and opened and are available upon
      request).

**$100**

Being on a closed road.

**$100**

f)    Operating a vehicle carelessly, recklessly, or without regard for
      the rights or safety of other persons or in a manner or at a
      speed that would endanger or be likely to endanger any person or
      property.

**$150**

\*    Operating a motor vehicle on a Forest Development road
      carelessly, recklessly, or without regard for the rights of
      safety of other persons, or in a manner or at speeds that
      would endanger or be likely to endanger any person or
      property.

**$150**

CFR 261.55

**FOREST DEVELOPMENT TRAILS: PROHIBITED BY ORDER:**

(a)    Being on a closed trail.    **$50**

(b)    Using a bicycle or motorized vehicle.
                  Bicycle:    **$50**
                  Motorized:  **$50**

(c)    Possessing or using a saddle, pack, or draft animal.

**$50**

(d)    Shortcutting a switchback.

**$50**

CFR 261.56

**USE OF VEHICLES OFF FOREST DEVELOPMENT ROADS**

When provided by an order, it is prohibited to possess or use a
vehicle off forest development roads.

**$100**

\*    To possess or use a motorized vehicle off Forest Development
     roads.
                              **$100**


                         <u>CFR 261.57</u>

        **NATIONAL FOREST WILDERNESS: PROHIBITED BY ORDER:**

(a)  Entering or being in the area.
                         **$50**

(b)  Possessing camping or pack-out-fitting equipment, as specified in
     the order.
                         **$50**

(c)  Possessing a firearm or firework.
                         **$50**

(d)  Possessing any non-burnable food or beverage containers,
     including deposit bottles, except for non-burnable containers
     designed and intended for repeated use.
                         **$50**

(e)  Grazing.                **$50**

(f)  Storing equipment, personal property or supplies.
                         **$50**

(g)  Depositing of debris, garbage, or other waste.
                         **$100**

(h)  Possessing or using a wagon, cart, or other vehicle.
                         **$50**

                         <u>CFR 261.58</u>

          **OCCUPANCY AND USE: PROHIBITED BY ORDER:**

(a)  Camping for a period longer than allowed by the order.
                         **$50**

\*    Camping in the general forest (excluding developed recreation
     areas) shall not exceed twenty-one days without leaving the forst
     for ten consecutive days.
                         **$50**

(b)   Entering or using a developed recreation site or portion thereof that is closed.

**$50**

Using a bicycle in violation of Posted Instructions.

**$50**

Entering or using a developed recreation site or portion thereof when designated closed.

**$50**

(c)   Entering or remaining in a campground during night periods prescribed in the order except for persons who are occupying such campgrounds. After 10pm.

**$50**

(d)   Occupying a developed recreation site with prohibited camping equipment prescribed by the order.

**$50**

(e)   Camping.                          **$50**

(f)   Using a campsite or other area described in the order by more than the number of users allowed by the order.

**$50**

(g)   Parking or leaving a vehicle in violation of posted instructions.

**$50**

(h)   Parking or leaving a vehicle outside a parking space assigned to one's own camp unit.

**$50**

(i)   Possessing, parking or leaving more than two vehicles, except motorcycles or bicycles, per camp unit.

**$50**

(j)   Being publicly nude.          **$75**

(k)   Entering or being in a body of water.
                          **$50**

*     Swimming in violation of Posted Instructions.
                          **$50**

(l)   Being in the area after sundown or before sunrise.
                          **$25**

      Being in the area of shooting ranges before sunrise and
      after sunset.

(m)   Discharging a firearm, air rifle, or gas gun.
                          **$50**

(n)   Possessing or operating a motorboat.
                          **$50**

(o)   Water skiing.              **$50**

(p)   Storing or leaving a boat or raft.
                          **$50**

(q)   Operating any watercraft in excess of a posted speed limit.
                          **$50**

(r)   Launching a boat except at a designated launching ramp.
                          **$50**

(s)   Possessing, storing, or transporting any bird, fish or other
      animal or parts thereof, as specified in the order.
                          **$50**

(t)   Possessing, storing, or transporting any part of a tree or other
      plant, as specified in the order.
                          **MA**

*     Possessing, storing or transporting cannabis plant(s) or any
      substance derived from the manufacture of cannabis plants.
                          **MA**

(u)   Being in the area between 10pm and 6am except a person who is
      camping or who is visiting a person in that area.
                          **$50**

(v)  Hunting and fishing.          **$100**

(w)  Possessing or transporting any motor or mechanical device capable of propelling a watercraft through water by any means.
          **$50**

(x)  Using any wheel, roller, or other mechanical device for the overland transportation of any watercraft.
          **$50**

(y)  Landing or aircraft, or dropping or picking up any material, supplies, or person by means of an aircraft, including a helicopter.
          **$50**

(z)  Entering or being on lands or waters within the boundaries of a component of the National Wild and Scenic System.
          **$50**

(aa) Riding, hitching, tethering or hobbling a horse or other saddle or pack animal in violation of posted instructions.
          **$50**

(bb) Possessing a beverage which is defined an alcoholic beverage by State law.
          **$100**

*    Possession of a beverage which is defined as an alcoholic beverage by State Law where Posted Instructions indicate such.
          **$100**

*    Possession or use of alcoholic beverages by any person under 21 years of age as prescribed by State Law.
          **$100**

(cc) Possessing or storing any food or refuse, as specified in the order.
          **$50**

(dd) Depositing any body waste in caves except into receptacles provided for that purpose.
          **$100**

III. SCHEDULE OF OFFENSES ON ALL LANDS UNDER THE CONTROL OF THE U.S.
     ARMY CORPS OF ENGINEERS (INCLUDING OUTGRANTED LANDS)

** DENOTES MANDATORY APPEARANCE

| A.   OFFENSES GENERALLY PROHIBITED | COLLATERAL |
|---|---|
| 36 CFR 327.1, Discriminatory Practices/Prohibited | |
| d. Discriminatory practices | 40.00 |
| 36 CFR 327.2, Motor Vehicles | |
| b. Parking in restricted area. | 50-100.00 |
| c. Operation and/or parking vehicle off roadway. | 50-300.00 |
| d. Failure to operate vehicle in accordance with posted regulations | 50-100.00 |
| e. Operation of vehicle in careless, negligent manner | 50-150.00 |
| e-1 Operation of vehicle in a reckless manner | 150-300.00 |
| f. Operation of vehicle for other than ingress or egress | 50.00 |
| g. Operation of vehicle without effective muffler. | 50.00 |
| 36 CFR 327.3 Vessels | |
| b. Operation of vessel for fee or profit | 50.00 |
| c. Operation of vessel in prohibited area or without current or proper registration. | 50-150.00 |
| d. Operation of vessel in careless, negligent manner. | 50-150.00 |
| d-1 Operation of vessel in a reckless manner | 150-300.00 |
| e. Operation of vessel without required safety equipment. | 50-100.00 |
| f. Use of vessel for habitation or residence. | 50.00 |
| g. Operation of water skis in a careless, negligent or reckless manner. | 50-150.00 |
| h. Unauthorized mooring of vessel | 50.00 |
| i. Vessel not constructed or maintained IAW Pub. L-92-7585 Stat 213 | 50.00 |

COLLATERAL

| | |
|---|---|
| j. Operation of vessel without proper muffler | 50.00 |

### 36 CFR 327.4, Aircraft

| | |
|---|---|
| b. Operation of aircraft in restricted areas. | 150.00 |
| c. Operation of aircraft in careless, negligent or reckless manner. | 200.00 |
| f(3) Operation of aircraft in violations of "Rules of Road" | 50-100.00 |
| f(4) Unauthorized mooring of seaplanes | 50.00 |
| f(5) Commercial operation of seaplanes without authorization. | 100.00 |
| f(6) Operation of seaplanes between sunset and sunrise without approval. | 100.00 |

### 36 CFR 327.5, Swimming

| | |
|---|---|
| a. Swimming, diving, snorkeling, or scuba diving in a restricted area. | 50-100.00 |
| b. Diving without diving flag displayed. | 50.00 |

### 36 CFR 327.6, Picnicking

| | |
|---|---|
| Picnicking in prohibited areas. | 50.00 |

### 36 CFR 327.7, Camping

| | |
|---|---|
| a. Camping in prohibited area | 50.00 |
| b. Camping in area for a period in excess of 14 days without permission. | 50.00 |
| c. Placement of camping equipment for purpose of reserving camp site. | 50.00 |
| d. Digging of ground or construction of any structure without permission. | 50-300.00 |

### 36 CFR 327.8, Hunting, Fishing and Trapping

| | |
|---|---|
| Hunting, fishing or trapping in prohibited area. | 50-300.00 |

COLLATERAL

### 36 CFR 327.9, Sanitation

a. Dumping or disposal of garbage, litter, etc. in
nondesignated area.                                        50-100.00

b. Bringing garbage onto reservation/project.              50-150.00

c. Spilling, dumping or discharge of pollutants or         50-100.00
waste.

d. Failure to clean camp and/or picnic site.               50-100.00

e. Discharge or placing of pollutants in project waters.   50-200.00

### 36 CFR 327.10, Fires

a. Storage of fuels without permission.                    50-100.00

b. Failure to confine fire.                                50-500.00

c. Improper disposal of burning material.                  50-100.00

### 36 CFR 327.11, Control of Horses, Dogs, Cats and Pets

a. Failure to control dogs, cats, or other pets.             50.00

a-1 Allowing animals to restrict project lands or waters    50-200

a-2 Unauthorized animals or pets on beaches or in
sanitary facilities.                                       50-100.00

b. Failing to remove animal waste.                           50.00

c. Horses, cattle, or livestock in prohibited area.        50-200.00

d. Ranging, grazing, watering of livestock without
permission.                                                50-200.00

f. Failing to pay impoundment fee.                         50.00 plus
                                                           cost of
                                                           impoundment

### 36 CFR 327.12, Restrictions

a. Violation of visiting hours, closures, or
restrictions.                                              50-300.00

b. Violation of quiet hours.                               50-100.00

c-1 Interfering, impeding or disrupting the use of the
project.                                                   50-200.00

COLLATERAL

| | |
|---|---|
| c-2 Failing to leave project after a lawful request. | 50-200.00 |
| d. Unreasonable or dangerous operation of audio devices. | 50-100.00 |

36 CFR 327.13, Explosives, Firearms, Other Weapons and Fireworks

| | |
|---|---|
| Unauthorized possession of loaded firearms. | 50-200.00 |
| Unauthorized possession of ammunition. | 50.00 |
| Unauthorized discharge or use of fireworks. | 50-150.00 |
| Unauthorized possession or use of explosives or explosive devices. | 50-100.00 |

36 CFR 327.14, Public Property

| | |
|---|---|
| a. Destruction of public property. | 50-300.00 |
| b. Cutting or removing wood without permission. | 50-100.00 |

36 CFR 327.15, Abandonment of Personal Property

| | |
|---|---|
| Abandonment of personal property. | 50-100.00 +impoundment cost |

36 CFR 327.17, Advertisement

| | |
|---|---|
| Unauthorized advertisement. | 50-100.00 |

36 CFR 327.18, Commercial Activities

| | |
|---|---|
| Unauthorized commercial activities. | 50-150.00 |

36 CFR 327.19, Permits

| | |
|---|---|
| a. Failure to comply with terms or pay proper permit fee. | 50-300.00 |
| b or c. Failure to obtain permit to discharge dredge or fill material. | 50-200.00 |

36 CFR 327.20, Unauthorized Structures

| | |
|---|---|
| Unauthorized construction or placement of structures. | 50-300.00 |

36 CFR 327.21, Special Events

|  | COLLATERAL |
|---|---|
| a. Unauthorized special events. | 50.00 |
| b. Unauthorized charging of fees. | 50.00 |

36 CFR 327.22, Unauthorized Occupation of Lands

| | |
|---|---|
| a. Unauthorized occupation of lands, buildings, vessels, or other facilities. | 50-100.00 |
| b. Unauthorized use of land or waters for agricultural purposes. | 50-100.00 |

36 CFR 327.23, Recreation Use Fees Fine may not exceed $100.00

| | |
|---|---|
| c. Failure to pay fee. | 50-100.00 |
| d. Unauthorized use of Golden Age or Golden Access Passport. | 50-100.00 |

36 CFR 327.24, Interference with Government Employees

| | |
|---|---|
| a. Interference with Government employees. | 100-300.00 |
| b. Failure to comply with lawful order. | 50.00-200.00 |

IV.  SCHEDULE OF OFFENSES ON PROPERTY UNDER THE CONTROL OF THE
     VETERANS ADMINISTRATION

38 CFR 1.218(b)                                              COLLATERAL

(1)  Improper disposal of rubbish on property.                  200.00

(3)  Throwing of articles from a building or the unauthorized
     climbing upon any part of a building.                       50.00

(4)  Willful destruction, damage or removal of government
     property without authorization.                           500.00

(6)  Failure to comply with signs of a directive and
     restrictive nature posted for safety purposes.             50.00

(7)  Tampering with, removal, marring, or destruction of
     posted signs.                                              150.00

(8)  Entry into areas posted as closed to the public or
     others (trespass).                                          50.00

(11) Disorderly conduct which creates, loud, boisterous and
     unusual noise, or which obstructs the normal use of
     entrances, exits, foyers, offices, corridors, elevators,
     and stairways, or which tends to impede or prevent the
     normal operation of a service or operation of the
     facility.                                                  250.00

(12) Failure to depart premises by unauthorized persons.         50.00

(13) Unauthorized loitering, sleeping or assembly on property    50.00

(14) Gambling-participating in games of chance for monetary
     gain or personal property; the operation of gambling
     devices, a pool or lottery; or the taking or giving of
     bets.                                                      200.00

(15) Operation of vehicle under the influence of alcoholic
     beverages or nonprescribed narcotic drugs, hallu-
     cinogens, marijuana, barbiturates or amphetamines.        500.00

(16) Entering premises under the influence of alcoholic
     beverages or narcotic drugs, hallucinogens, marijuana,
     barbiturates or amphetamines.                             200.00

(17) Unauthorized use on property of alcoholic beverages or
     narcotic drugs, hallucinogens, marijuana, barbiturates
     or amphetamines.                                          300.00

COLLATERAL

(18) Unauthorized introduction on VA controlled property of
alcoholic beverages or narcotic drugs, hallucinogens,
marijuana, barbiturates or amphetamines or the
unauthorized giving of same to a patient or beneficiary.    500.00

(19) Unauthorized solicitation of alms and contributions on
premises.    50.00

(20) Commercial soliciting or vending, or the collection of
private debts on property.    50.00

(21) Distribution of pamphlets, handbills and flyers.    25.00

(22) Display of placards or posting of material on property.    25.00

(23) Unauthorized photography on premises.    50.00

(24) Failure to comply with traffic directions of hospital
police.    25.00

(25) Parking in spaces posted as reserved for physically
disabled persons.    50.00

(26) Parking in no parking areas, lanes or crosswalks so
posted or marked by yellow borders or yellow strips.    25.00

(27) Parking in emergency vehicle spaces, areas and lanes
bordered in red or posted as EMERGENCY VEHICLES ONLY or
FIRE LANE, or parking within 15 feet of a fire hydrant.    50.00

(28) Parking within an intersection or blocking a posted
vehicle entrance or posted exit lane.    25.00

(29) Parking in spaces posted as reserved or in excess of a
posted time limit.    15.00

(30) Failing to come to a complete stop at a STOP sign.    25.00

(31) Failing to yield to a pedestrian in a marked and posted
crosswalk.    25.00

(32) Driving in the wrong direction on a posted one-way
street.    25.00

(33) Operation of a vehicle in reckless or unsafe manner (too
fast for conditions), drag racing, overriding curb, or
leaving the roadway.    100.00

COLLATERAL

(34) Exceeding posted speed limits: (see below)

(I)  By up to 10 m.p.h.                                          25.00

(II) By up to 20 m.p.h.                                          50.00

(III)By over 20 m.p.h.                                          100.00

(35) Creating excessive noise in a hospital or cemetery zone by muffler cut out, excessive use of a horn, or other means.                                                    50.00

(36) Failure to yield right of way to other vehicles.            50.00

(37) Possession of firearms, carried either openly concealed, whether loaded or unloaded (except Federal or State law enforcement officers on official business).                500.00

(38) Introduction or possession of explosives, or explosive devices which fire a projectile, ammunition or combustibles.                                               500.00

(39) Possession of knives which exceed a blade length of three inches; switchblade knives; any of the variety of hatchets, clubs and hand held weapons; or brass knuckles.                                                    300.00

(40) The unauthorized possession of any of the variety of incapacitating liquid or gas emitting weapons.           200.00

(41) Unauthorized possession, manufacture, or use of keys or barrier card-type keys to rooms or areas on the property  200.00

(42) The surreptitious opening, or attempted opening of locks or card-operated barrier mechanisms on property.        500.00

(43) Soliciting for, or the act of, prostitution.               250.00

(44) Any unlawful sexual activity.                              250.00

V.    SCHEDULE OF OFFENSES ON PROPERTY UNDER THE CONTROL OF THE GENERAL
      SERVICES ADMINISTRATION

**    DENOTES MANDATORY APPEARANCE                              COLLATERAL

41 C.F.R. 101-20.3, Conduct on Federal Property

| | | |
|---|---|---|
| §20.301 | Entering property during a period when closed to the public without signing register displaying identification. | 25.00 |
| §20.302 | Improper disposal of rubbish on property. | 35.00 |
| §20.302 | Willful destruction of, or damage to, property. | ** |
| §20.302 | Theft of property. | ** |
| §20.302 | Creating a hazard on property to persons or things. | ** |
| §20.302 | Climbing upon the roof or any part of a building. | 25.00 |
| §20.303 | Failure to comply with the directions of a Federal Protective Officer or other authorized individual. | ** |
| §20.303 | Failure to comply with signs of a prohibitory, regulatory or director nature. | 10.00 |
| §20.304 | Committing an act constituting disorderly conduct. | 15.00 |
| §20.304 | Creating a loud or unusual noise. | 15.00 |
| §20.304 | Obstructing the usual use of an entrance, foyer, lobby, corridor, elevator, stairway, or parking lot | 25.00 |
| §20.304 | Impeding or disrupting the performance of official duties by a government employee. | ** |
| §20.304 | Preventing the general public from obtaining administrative services. | 25.00 |
| §20.305 | Participating in games for money or other personal property. | ** |
| §20.305 | Operating a gambling device. | ** |
| §20.305 | Conducting a lottery or pool. | ** |
| §20.305 | Selling or purchasing a numbers ticket. | ** |

COLLATERAL

§20.306   Operating a vehicle while on the property by a
          person under the influence of alcoholic beverages,
          narcotic    drugs,    hallucinogens,    marijuana,
          barbiturate, or amphetamines.                              **

§20.306   Entering upon property, or while on property, under
          the influence of alcoholic beverages, narcotic
          drugs, hallucinogens, marijuana, barbiturate, or
          amphetamines.                                              **

§20.306   Entering upon property, or being on property, under
          the influence of alcohol, or the possession or use
          of alcohol on the property (except as prescribed by
          a  physician,  or  except  as  authorized  by  the
          Administrator of General Services Administration).         **

§20.307   Soliciting of alms and contributions, except as
          authorized.                                             15.00

§20.307   Soliciting  for  commercial  purposes,  except  as
          authorized.                                             20.00

§20.307   Vending, except as authorized.                          20.00

§20.307   Displaying or distributing commercial advertising,
          except as authorized.                                   20.00

§20.307   Collecting a private debt, except as authorized.        25.00

§20.308   Distributing material such as pamphlets, handbills,
          and/or flyers, except as authorized.                    20.00

§20.308   Displaying a placard or posting material on a
          bulletin board or elsewhere on the property, except
          as authorized.                                          20.00

§20.309   Taking photographs for news media in occupied space
          without the consent of the occupying agency.            25.00

§20.309   Taking  photographs  in  occupied  space  for
          advertising or commercial purposes without consent
          of the occupying agency.                                50.00

§20.309   Taking photographs where prohibited by court order
          or rule.                                                   **

§20.310   Bringing a dog or other animal in or upon property,
          except seeing eye dogs.                                 20.00

COLLATERAL

§20.311   Failure to comply with the directions of any signal       See
          or posted traffic sign.                                Schedule
                                                                     VIII


§20.311   Failure to obey the lawful order, signal or              See
          direction of a Federal Protective Officer directing    Schedule
          traffic.                                                   VIII

§20.311   Operating a vehicle in excess of the posted speed        See
          limit.                                                 Schedule
                                                                     VII

§20.311   Blocking of entrances, driveways, walks, loading
          platforms, or fire hydrants on property.                 25.00

§20.311   Driving a vehicle the wrong way on a one way street      See
          or parking lot.                                        Schedule
                                                                     VIII

§20.311   Using parking lot as a thoroughfare.                     25.00

§20.311   Parking a vehicle in a restricted area.                  See
                                                                 Schedule
                                                                     VII


§20.312   Carrying a firearm or other dangerous or deadly
          weapon, or explosive, either openly on concealed,
          except as otherwise authorized.                            **

§20.313   Discrimination of segregation or otherwise against
          any person or persons because of race, creed, sex
          or color, or national origin.                              **

VI.   SCHEDULE OF OFFENSES ON NATIONAL WILDLIFE REFUGES - U.S. FISH AND
      WILDLIFE SERVICE

**   DENOTES MANDATORY APPEARANCE

16 USC § 668dd

COLLATERAL

50 C.F.R. 26

| | |
|---|---|
| Trespass | 100-300.00 |
| Entry and Use | 100-300.00 |
| Animal Trespass | 100-300.00 |
| Hunting | 500.00 |
| Fishing | 25.00 |
| Trapping | 200.00 |

50 C.F.R. 27

| | |
|---|---|
| Molesting Plant/Animal Life | 25.00 |
| Introduction Plant/Animal Life | 50.00 |
| Destruction or Removal of Property | 100.00 |
| Artificial Lights | 50.00 |
| Firearms or Explosives | 50.00 or * |
| Weapons Other than Firearms | 50.00 |
| Unauthorized Use of Vehicles or Boats. | 50.00 |
| Operation of Vehicles or Boat under Influence of Intoxicating Beverages or Controlled Substance | ** |
| Other Vehicle or Boat Offenses | 50.00 or as provided by Sch. VIII |
| Field Trials | 200.00 |
| Fires | 200.00 |
| Private Structures | 200.00 |
| Disposal of Waste | 100.00 |

|                                                            | COLLATERAL        |
| ---------------------------------------------------------- | ----------------- |
| Littering                                                  | 50.00             |
| Disorderly Conduct                                         | 200.00            |
| Influence of Alcoholic Beverages                           | 200.00            |
| Possession of Controlled Substance                         | 200.00            |
| Interference with Authorized Activities                    | **                |
| Abandonment of Property                                    | 50.00             |
| Advertising                                                | 50.00             |
| Private Operations                                         | 200.00            |
| Gambling                                                   | **                |
| Begging                                                    | 50.00             |
| Motion or Sound Pictures                                   | 25.00             |
| Search and Removal of Antiquity or Other Valued Objects    | 50.00 or **       |
| Prospecting or Mining                                      | 50.00 or **       |
| Audio Equipment                                            | 50.00 or **       |
| Tampering with Equipment                                   | 50.00 or **       |
| Operating of Aircraft                                      | 100.00 or **      |

50 C.F.R 31

| Trapping Permit Regulation | 100.00 |
| --- | --- |

50 C.F.R. 32

| Hunting Permit Regulation | 50.00 |
| --- | --- |

50 C.F.R. 33

| Fishing Permit Regulation | 25.00 |
| --- | --- |

By payment of designated collateral amount defendant also forfeits to the United States Government any seized wildlife or wildlife parts.

VII. SCHEDULE OF OFFENSES IN VIOLATION OF FEDERAL WILDLIFE ACTS - U.S.
     FISH AND WILDLIFE SERVICE

**      DENOTES MANDATORY APPEARANCE

### 16 U.S.C. 668dd & 16 U.S.C. 460K

                                                    COLLATERAL

#### 50 C.F.R. 26

| | |
|---|---|
| Trespass | 100-300.00 |
| Entry and Use | 100-300.00 |
| Animal Trespass | 100-300.00 |
| Hunting | 500.00 |
| Fishing | 100.00 |
| Trapping | 500.00 |

#### 50 C.F.R. 27

| | |
|---|---|
| Molesting Plant/Animal Life | 200.00 |
| Introduction Plant/Animal Life | 200.00 |
| Destruction or Removal of Property | 500.00 or ** |
| Artificial Lights | 200.00 |
| Firearms or Explosives | 200-500.00 |
| Weapons Other than Firearms | 200-500.00 |
| Unauthorized Use of Vehicles or Boats | 200-500.00 |
| Operation of Vehicle or Boat under Influence of Intoxicating Beverages or Controlled Substance | 100.00-500.00 or ** |
| Other Vehicle or Boat Offenses | 200.00 |
| Field Trials | 500.00 |
| Fires | 500.00 |
| Private Structures | 500.00 |
| Disposal of Waste (littering) on NWR | 300.00 + cost of removal |
| Disorderly Conduct | 500.00 |

|                                                                           | COLLATERAL                |
|---------------------------------------------------------------------------|---------------------------|
| Influence of Alcoholic Beverages                                          | 500.00 or **              |
| Possession of Controlled Substance                                        | 500.00 or **              |
| Interference with Authorized Activities                                   | **                        |
| Abandonment of Property                                                   | 300.00 + cost of removal  |
| Private Operations                                                        | 500.00                    |
| Gambling                                                                  | 500.00                    |
| Begging/Soliciting/Advertising                                            | 50.00-200.00              |
| Search and Removal of Archeological Resources or Other Valued Objects     | 200.00 or **              |
| Prospecting or Mining                                                     | **                        |
| Audio Equipment                                                           | 100-300.00                |
| Tampering with Equipment                                                  | 500.00 or **              |
| Operating of Aircraft                                                     | 500.00 or **              |
| 50 C.F.R. 31                                                              |                           |
| Trapping Permit Regulation                                                | 100-500.00                |
| 50 C.F.R. 32                                                              |                           |
| Hunting Permit Regulation                                                 | 100-500.00                |
| 50 C.F.R. 33                                                              |                           |
| Fishing Permit Regulation                                                 | 100-500.00                |

By payment of designated collateral amount, defendant also forfeits to the United States Government any seized wildlife or wildlife parts.

COLLATERAL

## 16 U.S.C. 703

### 50 C.F.R. 20

| | |
|---|---|
| Take Game Birds During Closed Season | 300.00 +25.00 ea bird |
| Excess Bag/Possession Limit | 300.00 +25.00 ea bird over |
| Take by Aid of Bait | 100.00-500.00 or ** |
| Live Decoys | 200.00-500.00 |
| Take Before/After Hours | 200.00 |
| Take More Than 30 Minutes Before/After Hours | 300.00 |
| Improperly Plugged Gun | 150.00 |
| Sale/Purchase Bird | 100-500.00 |
| Use of Boat, Land Vehicle, Aircraft | 250-500.00 |
| Unlawful Transport | 100.00-250.00 |
| Possess Live Birds | 100.00 +25.00 ea bird |
| Import or Export | 100.00-250.00 |
| Trap Birds | 200.00-500.00 |
| Take with Rifle | 250-500.00 |
| Electronic Calls | 500.00 |
| Other Illegal Weapons | 200-500.00 |
| Possession of Lead Shot in Closed Area | 150.00 + 5.00 per shell after 1st |
| Possess Wounded Live Game Bird | 100.00 |
| Tagging and/or Record Keeping | 100-300.00 |
| Wanton Waste | 200.00-500.00 |
| Use Sinkbox | 500.00 |

COLLATERAL

| | |
|---|---|
| Species Identification Requirement | 100-500.00 |
| Violation of Other Federal Law | 100-500.00 |
| Violation of State Law | 100-500.00 |
| Preservation Facility Violation | 100.00-500.00 |

50 C.F.R. 21 - BIRDS

| | |
|---|---|
| Sell, Purchase, Barter Pars without Permit | 500.00 |
| Take, Possess, Transport, Import, or Export Parts without Permit | 200.00 +25.00 ea bird |
| Unlawful Marking of Captive Reared Birds | 100.00 +25.00 ea bird |
| Practice Taxidermy, Falconry, Sale without Permit | 100.00-500.00 |
| Violation of Other Permit Regulation | 100.00-250.00 |

16 U.S.C 718a

| | |
|---|---|
| Hunt Waterfowl without Stamp | 200.00 |
| Loan or Borrow Stamp | 200.00 |
| Hunt Waterfowl with Unsigned/Unattached Stamp | 100.00 |

16 U.S.C. 668

| | |
|---|---|
| Kill/Possess Eagle | ** |
| Other Eagle Violations | 250.00 |

18 U.S.C. 2

| | |
|---|---|
| Aiding, Abetting, Causing Violation of Regulations Printed Herein | 500.00 or same as violation |

50 C.F.R. 17.21 - Endangered Wildlife

| | |
|---|---|
| Knowingly attempt to violate endangered wildlife prohibitions | 200.00-500.00 |

COLLATERAL

| | |
|---|---|
| Knowingly import or export endangered species | 200.00-500.00 +50.00 ea animal |
| Knowingly take an endangered species | 200.00-500.00 +50.00 ea animal |
| Knowingly transport an endangered species in interstate commerce for a commercial activity | 200.00-500.00 +50.00 ea animal |
| Knowingly sell or offer for sale an endangered species in interstate or foreign commerce | 200.00-500.00 +50.00 ea animal |
| Knowingly violate captive-bred endangered species regulations | 100.00-250.00 +50.00 ea animal |

50 C.F.R. 1.31 - THREATENED WILDLIFE

| | |
|---|---|
| Knowingly violate threatened wildlife prohibitions | 100.00-250.00 +50.00 ea animal |
| Knowingly violate special regulations for threatened mammals, birds, reptiles, amphibians, fishes, crustaceans, insects | 100.00-250.00 +50.00 ea animal |

50 C.F.R. 17.61 - ENDANGERED PLANTS

| | |
|---|---|
| Knowingly violate endangered plant regulations | 250.00-500.00 +25.00 ea plant |

COLLATERAL

50 C.F.R. 17.71 - THREATENED PLANTS

Knowingly violate threatened plant regulations      100.00-250.00
                                                         +25.00 ea
                                                         plant

## 16 U.S.C. 3372 - Lacey Act Amendments of 1981

### 16 U.S.C. 3372(a)(1)

Knowingly import, export, transport, sell, receive, acquire or
purchase any fish or wildlife or plant taken or possessed in
violation of any law, treaty, or regulation of the U.S. or in
violation of any Indian Tribal Law.

| SPECIES | COLLATERAL |
|---|---|
| Fish | 100.00 + 10.00 ea fish |
| Big Game | 350.00 + 100.00 ea animal |
| Small Game | 100.00 + 25.00 ea animal |
| Furbearer | 100.00 + 25.00 ea animal |
| Bird | 100.00 + 25.00 ea bird |
| Plant | 100.00 + 25.00 ea plant |
| Other | 100.00 + 25.00 ea specimen |

### 16 U.S.C. 3372(a)(2)

Knowingly import, export, transport, sell, receive, acquire, or
purchase in interstate or foreign commerce:

(A)   Any fish or wildlife take, possessed, transported or sold in
      violation of any law or regulation of any state or in violation
      of any foreign law or

(B)   Any plant taken, possessed, transported or sold in violation of
      any law or regulation of any state.

| SPECIES | COLLATERAL |
|---|---|
| Fish | 100.00 + 10.00 ea fish |
| Big Game | 350.00 + 100.00 ea animal |
| Small Game | 100.00 + 25.00 ea animal |
| Furbearer | 100.00 + 25.00 ea animal |
| Bird | 100.00 + 25.00 ea bird |
| Plant | 100.00 + 25.00 ea plant |
| Other | 100.00 + 25.00 ea specimen |

### 16 U.S.C. 3372(a)(3)

COLLATERAL

Within the special maritime and territorial jurisdiction of the U.S.
(As defined in Section 7 of Title 18):

(A)  To knowingly possess any fish or wildlife taken, possessed,
     transported or sold in violation of any law or regulation of
     any state or in violation of any foreign law or Indian Tribal
     Law.

(B)  To knowingly possess any plant taken, possessed transported or
     sold in violation of any law or regulation of any state.

| SPECIES | COLLATERAL |
|---------|-----------|
| Fish | 100.00 + 10.00 ea fish |
| Big Game | 350.00 + 100.00 ea animal |
| Small Game | 100.00 + 25.00 ea animal |
| Furbearer | 100.00 + 25.00 ea animal |
| Bird | 100.00 + 25.00 ea bird |
| Plant | 100.00 + 25.00 ea plant |
| Other | 100.00 + 25.00 ea specimen |

16 U.S.C. 3372(a)(4)

Knowingly having imported, exported, transported,
sold, purchased, or received any fish or wildlife or
plant imported, from any foreign commerce, to make
or submit any false record, account, label or
identification thereof                                250.00

16 U.S.C. 3372(a)(5)

Attempt to commit any act described in 3372(a)
paragraphs (1) through (4)                            100.00

18 U.S.C. 42(C)

Transportation of wildlife under inhumane or          250.00-500.00
unhealthy conditions.                                 + 25.00 ea
                                                      animal, etc.

By payment of designated collateral amount, defendant also forfeits
to the United States Government any seized wildlife or wildlife
parts.

COLLATERAL

VIII.     SCHEDULE OF MISCELLANEOUS OFFENSES ON LANDS UNDER
          CONTROL OF THE UNITED STATES GOVERNMENT

**    DENOTES MANDATORY APPEARANCE

**MOVING VIOLATIONS**

| | |
|---|---|
| Attempting to Elude Police | 250.00 |
| Driving Wrong Way on One Way Street, Parking Lot or on Wrong Side of Street | 50.00 |
| Driving Under the Influence of Alcohol/Drugs | ** |
| Failure to Obey Officer Directing Traffic | 50.00 |
| Failure to Obey Traffic Control Device/Signal | 25.00 |
| Failure to Yield to an Emergency Vehicle | 50.00 |
| Failure to Yield Right-of-Way | 25.00 |
| Failure to Maintain Vehicle on Roadway Laned for Traffic | 25.00 |
| Improper Passing | 25.00 |
| Improper Signal | 25.00 |
| Improper Turn | 25.00 |
| Obstructing Traffic | 25.00 |
| Passing Stopped Bus (School or Church) | 20.00 |
| Reckless Driving | 250.00 |
| Careless Backing | 25.00 |
| Failure to Report an Accident or Leaving the Scene of an Accident | ** |
| Following Too Close | 25.00 |
| Racing, Speed Competition, Exhibition of Speed or Acceleration | 250.00 |
| Running Red Light | 30.00 |
| Running Stop Sign | 30.00 |

**SPEED LAWS**

COLLATERAL

| | |
|---|---|
| 1-10 MPH Over Posted Limit | 50.00 |
| 11-20 MPH Over Posted Limit | 100.00 |
| 21-25 MPH Over Posted Limit | 150.00 |
| 26-30 MPH Over Posted Limit | 200.00 |
| 31 MPH of More Over Posted Limit | 250.00 |

**PARKING VIOLATIONS**

Improper Parking (Defined as Parking in Areas Marked "No Parking", Parking on Grass, Double Parking, Parking Against the Flow of Traffic          5.00

Parked Adjacent to Fire Hazard          25.00

Parked in Restricted Area (Defined as Parking in Reserved Slot, Handicap Slot, Loading Zone, Etc.)          50.00

**SAFETY VIOLATIONS**

Driving or Riding a Motorcycle without Protective Equipment          25.00

Defective Equipment          25.00

Failure to Dim Lights          25.00

Failure to Provide or use Child Passenger Restraint System          50.00

**LICENSE VIOLATIONS**

Driving with Expired License          25.00

Driving with No License          25.00

Driving with Suspended License          125.00

Driving with Revoked License          150.00

COLLATERAL

**<u>LICENSE PLATE VIOLATIONS</u>**

Driving with Expired License Plates                       50.00

Driving with No License Plates                            25.00

Improper Display of License Plates                        25.00

Using License Plates of Improper Classification           25.00


**<u>MISCELLANEOUS</u>**

Littering                                                 50.00

Other Alabama Traffic Laws                                30.00

IX.  OFFENSES FOR WHICH BOND MAY NOT BE FORFEITED, AND FOR WHICH
     APPEARANCE IS MANDATORY

A person who is charged or ticketed with a petty offense listed
below must appear before a United States Magistrate:

     Driving while under suspension or revocation of driver's
     license.

     Driving without being licensed to drive.

     Exceeding the speed limit by more than 60 miles per hour

     Leaving the scene of an accident.

     Operation of a motor vehicle or vessel while under the
     influence of intoxicating liquor or a narcotic or habit-
     producing drug, or permitting another person, who is under
     the influence of intoxicating liquor or a narcotic or habit-
     producing drug, to operate a motor vehicle or vessel owned
     by the person charged or in his control or custody.

     Prohibited possession of alcohol by minor.

     Offenses resulting in an accident.

     Reckless driving or operating of a motor vehicle or vessel.

     Second moving traffic offense within a 12-month period, as
     evidenced by information recorded on operator's license, or
     by other evidence.

     Injury, damage, or removal of any Federal property except
     under authority of law (unless said injury, damage or
     removal is within the posted amounts listed hereinabove).

     Gambling

     Unauthorized possession of firearms.

     Unauthorized discharging of firearms.

     Operation of aircraft in a prohibited area.

     Air delivery on a prohibited area.

Interference with a government employee in the performance of official duties.

Any other offense not included in the foregoing schedules of offenses.

## X. SCHEDULE OF OFFENSES CONCERNING MATTERS WITHIN THE JURISDICTION OF THE BUREAU OF LAND MANAGEMENT

**VIOLATIONS OF UNITED STATES CODE:**

| TITLE/SECTION | | Collateral fine |
|---|---|---|
| 16/433 | American Antiquities | $ 200.00 |
| 18/1361 | Vandalism | $ 200.00 |
| 18/1852 | Timber removed or Transported | $ 250.00 |
| 18/1853 | Trees cut or injured | $ 250.00 |
| 18/1856 | Fires left unattended | $ 100.00 |
| 18/1857 | Fences destroyed; livestock entering | $ 100.00 |
| 18/1858 | Survey marks destroyed or removed | Mandatory Appearance |
| 43/1061 | Unlawful enclosure | $ 250.00 |
| 43/1063 | Obstruction of transit over Public Lands | $ 100.00 |

**VIOLATIONS OCCURRING WITHIN LANDS ADMINISTERED BY THE BUREAU OF LAND MANAGEMENT CHARGED UNDER CITED SECTIONS OF TITLE 43, CODE OF FEDERAL REGULATIONS.**

| | | |
|---|---|---|
| 4140.1(b)(1)(i) | Allowing livestock on Public Land without permit or lease | $ 100.00 |
| 4140.1(b)(2) | Disturbing or installing range improvements | $ 100.00 |
| 4140.1(b)(3) | Cutting, burning, spraying, destroying or removing vegetation | $ 100.00 |
| 4140.1(b)(4) | Damaging or removing U.S. Property | Mandatory Appearance |

| TITLE/SECTION | | Collateral fine |
|---|---|---|
| 4140.1(b)(5) | Molesting livestock | $ 100.00 |
| 4140.1(b)(6) | Littering | $ 100.00 |
| 4140.1(b)(7) | Interfering with lawful uses or users | $ 100.00 |
| 4140.1(b)(8) | False statements | $ 200.00 |
| 4770.1(a) | Maliciously or negligently injuring or harassing a wild Horse or Burro | $ 150.00 |
| 4770.1(c) | Destroying wild Horse or Burro w/o authorization except as act of mercy | $ 150.00 |
| 4770.1(d) | Selling Wild Horse or Burro | $ 300.00 |
| 4770.1(e) | Uses Wild Horse or Burro for Commercial exploitation | $ 250.00 |
| 4770.1(f) | Inhumane treatment of Wild Horse or Burro | $ 300.00 |
| 4770.1(g) | Violating term or condition of private maintenance and care agreement | $ 150.00 |
| 4770.1(h) | Branding a Wild Horse or Burro | $ 200.00 |
| 4770.1(i) | Removal or alteration of official mark | Mandatory Appearance |
| 4770.1(j) | Violating an order, term, or condition established by the Authorized Officer under this part | $ 200.00 |
| 8365.1-4(a)(2) | Creating a hazard or nuisance | $ 100.00 |
| 8365.1-4(a)(3) | Refusing to disperse | $ 100.00 |

| TITLE/SECTION | | Collateral fine |
|---|---|---|
| 8365.1-4(a)(4) | Resisting arrest, citation; interfering with officer | $ 500.00 |
| 8365.1-4(a)(5) | Assault or battery on BLM Employee | Mandatory Appearance |
| 8365.1-4(a)(6) | False emergency or crime report | $ 250.00 |
| 9262.1 | Unauthorized use, occupancy, or development of public lands | $ 250.00 |
| 9264.7(a)(2) | Converts Wild Horse or Burro to private use | $ 200.00 |
| 9264.7(a)(3) | Causing death or harassment of Wild Horse or Burro | $ 250.00 |
| 9264.7(a)(4) | Processes Wild Horse or Burro into Commercial products | $ 150.00 |
| 9264.7(a)(8) | Use of Wild Horse or Burro for Bucking stock | $ 150.00 |
| 9264.7(a)(9) | Fails to produce Wild Horse or Burro for inspection | $ 100.00 |
| 9264.7(a)(10) | Failure to notify of death of Wild Horse or Burro | $ 100.00 |
| 9264.7(a)(12) | Abandoning Wild Horse or Burro | $ 200.00 |
| 9264.7(a)(13) | Failure to attempt to capture Wild Horse or Burro | $ 100.00 |
| 9264.7(a)(14) | Accepting Wild Horse or Burro for slaughter or destruction | Mandatory Appearance |
| 9264.7(a)(15) | Failure to retain Wild Horse or Burro certification | $ 100.00 |

Nothing in the above schedules of violations is meant to preclude a Federal Officer or official within his authority from filing a complaint against a violator and having him appear before an appropriate Magistrate.  If a person charged with an offense in the attached sections of the Schedules of this Rule fails to post and forfeit collateral, any punishment, including fine, imprisonment, or probation, may be imposed within the limits established by law upon conviction by plea or after trial.

This order shall constitute the Court's policies with regard to collateral forfeiture in petty offense matters.